## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x
:
*In re*:                                                  :        Chapter 11
:
LBI MEDIA, INC.,                                          :        Case No. 18-[_____] (___)
:
　　　　　　Debtor.                                       :
:
Fed. Tax Id. No. 95-4668901                               :
-------------------------------------------------------------x
:
*In re*:                                                  :        Chapter 11
:
LIBERMAN BROADCASTING, INC.,                              :        Case No. 18-[_____] (___)
:
　　　　　　Debtor.                                       :
:
Fed. Tax Id. No. 20-0688078                               :
-------------------------------------------------------------x
:
*In re*:                                                  :        Chapter 11
:
LBI MEDIA HOLDINGS, INC.,                                 :        Case No. 18-[_____] (___)
:
　　　　　　Debtor.                                       :
:
Fed. Tax Id. No. 05-0584918                               :
-------------------------------------------------------------x
:
*In re*:                                                  :        Chapter 11
:
LBI MEDIA INTERMEDIATE                                    :        Case No. 18-[_____] (___)
HOLDINGS, INC.,                                           :
:
　　　　　　Debtor.                                       :
:
Fed. Tax Id. No. 82-1329635                               :
-------------------------------------------------------------x

-----------------------------------------------------------x
                                                      :

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **EMPIRE BURBANK STUDIOS LLC,** | : | **Case No. 18-[_____] (___)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 33-0834443** | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **LIBERMAN BROADCASTING OF CALIFORNIA LLC,** | : | **Case No. 18-[_____] (___)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 95-4131156** | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **LBI RADIO LICENSE LLC,** | : | **Case No. 18-[_____] (___)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 95-4668905** | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **LIBERMAN BROADCASTING OF HOUSTON LLC,** | : | **Case No. 18-[_____] (___)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 20-8696005** | : | |

-----------------------------------------------------------x

2

```
------------------------------------------------x
                                                :
In re:                                          :          Chapter 11
                                                :
LIBERMAN BROADCASTING OF                        :          Case No. 18-[_____] (___)
HOUSTON LICENSE LLC,                            :
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 20-8696277                     :
------------------------------------------------x
                                                :
In re:                                          :          Chapter 11
                                                :
LIBERMAN TELEVISION OF                          :          Case No. 18-[_____] (___)
HOUSTON LLC,                                    :
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 20-8692887                     :
------------------------------------------------x
                                                :
In re:                                          :          Chapter 11
                                                :
KZJL LICENSE LLC,                               :          Case No. 18-[_____] (___)
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 20-8692880                     :
------------------------------------------------x
                                                :
In re:                                          :          Chapter 11
                                                :
LIBERMAN TELEVISION LLC,                        :          Case No. 18-[_____] (___)
                                                :
          Debtor.                               :
                                                :
Fed. Tax Id. No. 95-4668919                     :
------------------------------------------------x
```

3

```
-------------------------------------------------------x
                                :
In re:                          :        Chapter 11
                                :
KRCA TELEVISION LLC,            :        Case No. 18-[_____] (____)
                                :
          Debtor.               :
                                :
Fed. Tax Id. No. 27-1484579     :
-------------------------------------------------------x
                                :
In re:                          :        Chapter 11
                                :
KRCA LICENSE LLC,               :        Case No. 18-[_____] (____)
                                :
          Debtor.               :
                                :
Fed. Tax Id. No. 95-4668917     :
-------------------------------------------------------x
                                :
In re:                          :        Chapter 11
                                :
LIBERMAN TELEVISION OF DALLAS LLC, :     Case No. 18-[_____] (____)
                                :
          Debtor.               :
                                :
Fed. Tax Id. No. 20-8696163     :
-------------------------------------------------------x
                                :
In re:                          :        Chapter 11
                                :
LIBERMAN TELEVISION OF          :        Case No. 18-[_____] (____)
DALLAS LICENSE LLC,             :
                                :
          Debtor.               :
                                :
Fed. Tax Id. No. 20-0101566     :
-------------------------------------------------------x
```

4

```
-----------------------------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
LIBERMAN BROADCASTING OF                :        Case No. 18-[_____] (___)
DALLAS LLC,                             :
                                        :
        Debtor.                         :
                                        :
Fed. Tax Id. No. 20-8696468             :
-----------------------------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
LIBERMAN BROADCASTING OF                :
DALLAS LICENSE LLC,                     :        Case No. 18-[_____] (___)
                                        :
        Debtor.                         :
                                        :
Fed. Tax Id. No. 20-8696537             :
-----------------------------------------------------------x
```

### MOTION OF DEBTORS FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

LBI Media, Inc. ("**LBI Media**") and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**" or "**LBI**"), respectfully represent as follows in support of this motion (the "**Motion**"):

### Background

1.      On the date hereof (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

5

2.      The Debtors commenced these chapter 11 cases on a prearranged basis with the support their first lien lender, HPS Investment Partners, LLC, which has committed to provide debtor-in-possession financing and support a value-maximizing chapter 11 plan that will preserve the going-concern value of LBI's business.  Consistent with their obligations under that certain *Restructuring Support Agreement*, dated as of November 20, 2018, the Debtors have filed a proposed plan of reorganization and disclosure statement with the Court and are seeking to emerge from chapter 11 on an expedited timeframe.

3.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Brian Kei in Support of the Debtors' Chapter 11 Petitions and First Day Relief* (the "**First Day Declaration**"),[1] and the proposed *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors*, which have been filed with the Court contemporaneously herewith and are incorporated herein by reference.

## Jurisdiction

4.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      Pursuant to Rule 9013–1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local**

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the First Day Declaration.

**Rules**"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**Relief Requested**

6.      By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Rule 1015-1, the Debtors request entry of an order directing the joint administration of these chapter 11 cases for procedural purposes only.  In addition, the Debtors respectfully request that the Court maintain one file and one docket for all of the jointly administered cases under the same number assigned to LBI Media, and that these chapter 11 cases be jointly administered under the following consolidated caption:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 11
                                                        :
LBI MEDIA, INC., et al.,                                :    Case No. 18– _____ (       )
                                                        :
                 Debtors.1                              :    (Jointly Administered)
                                                        :
------------------------------------------------------- x
```

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537).  The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

7

7.      The Debtors further request the Court's direction that a notation substantially similar to the following language be entered on the docket in each of the above-captioned cases, other than LBI Media, to reflect the joint administration of the Debtors' chapter 11 cases:

> An Order has been entered in in this case directing the procedural consolidation and joint administration of the chapter 11 cases of LBI Media, Inc.; Liberman Broadcasting, Inc.; LBI Media Holdings, Inc.; LBI Media Intermediate Holdings, Inc.; Empire Burbank Studios LLC; Liberman Broadcasting of California LLC; LBI Radio License LLC; Liberman Broadcasting of Houston LLC; Liberman Broadcasting of Houston License LLC; Liberman Television of Houston LLC; KZJL License LLC; Liberman Television LLC; KRCA Television LLC; KRCA License LLC; Liberman Television of Dallas LLC; Liberman Television of Dallas License LLC; Liberman Broadcasting of Dallas LLC; and Liberman Broadcasting of Dallas License LLC.  The docket in LBI Media, Inc., Case No. 18-[_____] (___) should be consulted for all matters affecting the case.

8.      The Debtors reserve all rights to file a subsequent motion seeking authority to jointly administer their cases with additional cases if the circumstances warrant doing so.

9.      A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

### Relief Requested Should be Granted

10.     As set forth in the First Day Declaration, the Debtors operate as an integrated business with common ownership and control and a number of shared financial and operational systems.  As a result, many of the motions, hearings, and orders in these cases will affect each and every Debtor.  Joint administration of these chapter 11 cases therefore will

reduce fees and costs by avoiding duplicative filings, objections, notices, and hearings. Joint administration will also allow the United States Trustee for the District of Delaware and all other parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

11.     Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). As set forth in the First Day Declaration, the eighteen (18) Debtors in these chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the relief requested herein.

12.     In addition, Local Rule 1015-1 provides, in relevant part, as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Del. Bankr. L.R. 1015-1.

13.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion only requests administrative—and not substantive—consolidation of the Debtors' estates. For example, any creditor may still file a claim against a particular Debtor or its estate (or against multiple Debtors and their respective estates) and intercompany claims among the Debtors will not be affected by joint administration.

9

**Notice**

14.     Notice of this Motion will be provided to (i) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19899 (Attn: David L. Buchbinder, Esq.); (ii) the holders of the thirty (30) largest unsecured claims against the Debtors on a consolidated basis; (iii) counsel for the DIP Agent, the DIP Lenders, and the Consenting First Lien Noteholders, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Paul M. Basta, Esq., Jeffrey D. Saferstein, Esq., and Sarah Harnett, Esq.) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Pauline K. Morgan, Esq. and M. Blake Cleary, Esq.); (iv) counsel to the First Lien Trustee, (a) Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Jonathan I. Levine, Esq.), and (b) Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington DE, 19801 (Attn: William P. Bowden); (v) counsel to Credit Suisse AG, as Collateral Trustee for the First Lien Notes, Locke Lord LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 (Attn: Juliane M. Dziobak, Esq.); (vi) counsel to the Second Lien Noteholders, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Rachel Strickland, Esq.); (vii) counsel to U.S. Bank National Association, as Indenture and Collateral Trustee for the Second Lien Notes, Maslon LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 (Attn:  Brian J. Klein, Esq.); (viii) TMI Trust Company, as Trustee for the Intermediate HoldCo Notes, 1100 Abernathy Road NE, Suite 480, Atlanta, GA 30328 (Attn: Kathy Knapp); (ix) U.S. Bank National Association, as Trustee for the HoldCo Notes, 1420 Fifth Avenue, 7th Floor, Seattle, WA 98101 (Attn: Corporate Trust Services); (x) counsel to the HoldCo Noteholders, Landis Rath & Cobb LLP, 919 Market Street, Suite

1800, P.O. Box 2087, Wilmington, DE 19899 (Attn: Matthew B. McGuire, Esq.); (xi) the Securities and Exchange Commission; (xii) the Internal Revenue Service; (xiii) the United States Attorney's Office for the District of Delaware; and (xiv) any other party entitled to notice pursuant to Local Rule 9013-1(m) (the "**Notice Parties**").

15.    The Debtors respectfully submit that no further notice is required.  No previous request for the relief sought herein has been made by the Debtors to this or any other court.

11

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated:  November 21, 2018
        Wilmington, Delaware

/s/ Daniel J. DeFranceschi
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Garrett A. Fail
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*

12

## **Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                 :

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| **LBI MEDIA, INC.,** | : | Case No. 18-[_____] (___) |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Fed. Tax Id. No. 95-4668901** | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| **LIBERMAN BROADCASTING, INC.,** | : | Case No. 18-[_____] (___) |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Fed. Tax Id. No. 20-0688078** | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| **LBI MEDIA HOLDINGS, INC.,** | : | Case No. 18-[_____] (___) |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Fed. Tax Id. No. 05-0584918** | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| **LBI MEDIA INTERMEDIATE HOLDINGS, INC.,** | : | Case No. 18-[_____] (___) |
| | : | |
| **Debtor.** | : | |
| | : | |
| **Fed. Tax Id. No. 82-1329635** | : | |

---------------------------------------------------------------x

```
----------------------------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
EMPIRE BURBANK STUDIOS LLC,             :        Case No. 18-[_____] (___)
                                        :
          Debtor.                       :
                                        :
Fed. Tax Id. No. 33-0834443             :
----------------------------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
LIBERMAN BROADCASTING OF                :
CALIFORNIA LLC,                         :        Case No. 18-[_____] (___)
                                        :
          Debtor.                       :
                                        :
Fed. Tax Id. No. 95-4131156             :
----------------------------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
LBI RADIO LICENSE LLC,                  :        Case No. 18-[_____] (___)
                                        :
          Debtor.                       :
                                        :
Fed. Tax Id. No. 95-4668905             :
----------------------------------------------------------x
                                        :
In re:                                  :        Chapter 11
                                        :
LIBERMAN BROADCASTING OF                :        Case No. 18-[_____] (___)
HOUSTON LLC,                            :
                                        :
          Debtor.                       :
                                        :
Fed. Tax Id. No. 20-8696005             :
----------------------------------------------------------x
```

2

```
-------------------------------------------------------x
                                          :
```
*In re*:                                  :          **Chapter 11**
                                          :
**LIBERMAN BROADCASTING OF**              :          **Case No. 18-[_____] (___)**
**HOUSTON LICENSE LLC,**                  :
                                          :
                    **Debtor.**           :
                                          :
**Fed. Tax Id. No. 20-8696277**           :
```
-------------------------------------------------------x
                                          :
```
*In re*:                                  :          **Chapter 11**
                                          :
**LIBERMAN TELEVISION OF**                :          **Case No. 18-[_____] (___)**
**HOUSTON LLC,**                          :
                                          :
                    **Debtor.**           :
                                          :
**Fed. Tax Id. No. 20-8692887**           :
```
-------------------------------------------------------x
                                          :
```
*In re*:                                  :          **Chapter 11**
                                          :
**KZJL LICENSE LLC,**                     :          **Case No. 18-[_____] (___)**
                                          :
                    **Debtor.**           :
                                          :
**Fed. Tax Id. No. 20-8692880**           :
```
-------------------------------------------------------x
                                          :
```
*In re*:                                  :          **Chapter 11**
                                          :
**LIBERMAN TELEVISION LLC,**              :          **Case No. 18-[_____] (___)**
                                          :
                    **Debtor.**           :
                                          :
**Fed. Tax Id. No. 95-4668919**           :
```
-------------------------------------------------------x
```

3

```
----------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
KRCA TELEVISION LLC,                      :        Case No. 18-[_____] (___)
                                          :
          Debtor.                         :
                                          :
Fed. Tax Id. No. 27-1484579               :
----------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
KRCA LICENSE LLC,                         :        Case No. 18-[_____] (___)
                                          :
          Debtor.                         :
                                          :
Fed. Tax Id. No. 95-4668917               :
----------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
LIBERMAN TELEVISION OF DALLAS LLC,        :        Case No. 18-[_____] (___)
                                          :
          Debtor.                         :
                                          :
Fed. Tax Id. No. 20-8696163               :
----------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
LIBERMAN TELEVISION OF                    :        Case No. 18-[_____] (___)
DALLAS LICENSE LLC,                       :
                                          :
          Debtor.                         :
                                          :
Fed. Tax Id. No. 20-0101566               :
----------------------------------------------------------x
```

RLF1 20336832v.1

```
-------------------------------------------------------x
                                             :
In re:                                       :          Chapter 11
                                             :
LIBERMAN BROADCASTING OF                     :          Case No. 18-[_____] (___)
DALLAS LLC,                                  :
                                             :
          Debtor.                            :
                                             :
Fed. Tax Id. No. 20-8696468                  :
-------------------------------------------------------x
                                             :
In re:                                       :          Chapter 11
                                             :
LIBERMAN BROADCASTING OF                     :
DALLAS LICENSE LLC,                          :          Case No. 18-[_____] (___)
                                             :
          Debtor.                            :
                                             :
Fed. Tax Id. No. 20-8696537                  :
-------------------------------------------------------x
```

## ORDER DIRECTING JOINT
## ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of LBI Media, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the First Day Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted.

2.      The Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 18-[_____].

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases.

RLF1 20336832v.1

4.      The caption of the jointly administered cases shall read as follows:

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                        :
                                              :       Chapter 11
                                              :
LBI MEDIA, INC., et al.,                      :       Case No. 18– _____ (      )
                                              :
          Debtors.¹                           :       (Jointly Administered)
                                              :
-------------------------------------------------------- x
```

5.      A docket entry shall be made in the chapter 11 case of each of the Debtors

(except the chapter 11 case of LBI Media, Inc.) as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of LBI Media, Inc.; Liberman Broadcasting, Inc.; LBI Media Holdings, Inc.; LBI Media Intermediate Holdings, Inc.; Empire Burbank Studios LLC; Liberman Broadcasting of California LLC; LBI Radio License LLC; Liberman Broadcasting of Houston LLC; Liberman Broadcasting of Houston License LLC; Liberman Television of Houston LLC; KZJL License LLC; Liberman Television LLC; KRCA Television LLC; KRCA License LLC; Liberman Television of Dallas LLC; Liberman Television of Dallas License LLC; Liberman Broadcasting of Dallas LLC; and Liberman Broadcasting of Dallas License LLC.  The docket in LBI Media, Inc., Case No. 18-[_____] (___) should be consulted for all matters affecting the case.

6.      The Debtors are authorized to take all action necessary to implement the

relief granted in this Order.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537).  The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

7.       The Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2018
        Wilmington, Delaware

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

RLF1 20336832v.1