# Exhibit D

## DIP Budget

RLF1 20337066V.1

**LBI Media, Inc. et. al.**
13-Week Cash Flow Forecast as of 11/21/2018
*($ in thousands)*

|  | Post-Petition Period [1] | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # -> | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Week Ending Date -> | 11/23 | 11/30 | 12/7 | 12/14 | 12/21 | 12/28 | 1/4 | 1/11 | 1/18 | 1/25 | 2/1 | 2/8 | 2/15 | Total |
|  | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| *Operating Cash Flow* | | | | | | | | | | | | | | |
| Operating Receipts | $303 | $2,540 | $2,680 | $2,586 | $2,506 | $1,927 | $2,346 | $2,633 | $2,368 | $2,871 | $2,556 | $2,506 | $2,697 | $30,520 |
| Operating Disbursements | - | (4,436) | (2,064) | (3,516) | (676) | (2,998) | (1,000) | (1,518) | (2,943) | (1,140) | (3,361) | (1,113) | (3,323) | (28,089) |
| **Total Net Operating Cash Flow** | **$303** | **($1,896)** | **$616** | **($931)** | **$1,830** | **($1,071)** | **$1,346** | **$1,114** | **($575)** | **$1,730** | **($805)** | **$1,394** | **($626)** | **$2,431** |
| *Capital Expenditures* | | | | | | | | | | | | | | |
| CapEx | -- | -- | (67) | (673) | (42) | (140) | (322) | (289) | (290) | (322) | (140) | (40) | (422) | (2,750) |
| **Total Capital Expenditures** | **-** | **-** | **(67)** | **(673)** | **(42)** | **(140)** | **(322)** | **(289)** | **(290)** | **(322)** | **(140)** | **(40)** | **(422)** | **(2,750)** |
| *Restructuring Fees* | | | | | | | | | | | | | | |
| Restructuring Related Items | -- | (300) | -- | (3,317) | (329) | (381) | (402) | (772) | (201) | (253) | -- | -- | -- | (5,956) |
| Restructuring Fees | -- | -- | -- | -- | (1,826) | -- | -- | -- | (158) | (3,500) | -- | -- | (158) | (5,641) |
| **Total Restructuring Fees** | **-** | **(300)** | **-** | **(3,317)** | **(2,155)** | **(381)** | **(402)** | **(772)** | **(359)** | **(3,753)** | **-** | **-** | **(158)** | **(11,597)** |
| *DIP Loan Interest and Fees:* | | | | | | | | | | | | | | |
| DIP Facility Interest | -- | -- | (16) | -- | -- | -- | (108) | -- | -- | -- | (125) | -- | -- | (249) |
| DIP Facility Fees | -- | (1,330) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | (1,330) |
| **Total DIP Interest and Fees** | **-** | **(1,330)** | **(16)** | **-** | **-** | **-** | **(108)** | **-** | **-** | **-** | **(125)** | **-** | **-** | **(1,579)** |
| Beginning Book Cash | 2,782 | 3,085 | 9,559 | 10,092 | 5,171 | 4,804 | 3,211 | 3,724 | 3,777 | 5,054 | 5,209 | 4,138 | 5,492 | 2,782 |
| Net Cash Flow | 303 | (3,526) | 533 | (4,921) | (367) | (1,593) | 513 | 53 | (1,224) | (2,345) | (1,071) | 1,353 | (1,205) | (13,496) |
| DIP Borrowings / (Repayments) | -- | 10,000 | -- | -- | -- | -- | -- | -- | 2,500 | 2,500 | -- | -- | -- | 15,000 |
| **Ending Book Cash** | **3,085** | **9,559** | **10,092** | **5,171** | **4,804** | **3,211** | **3,724** | **3,777** | **5,054** | **5,209** | **4,138** | **5,492** | **4,286** | **4,286** |

*Notes:*
1 - Week 1 forecast figures reflect the post-petition stub period after the assumed filing date of 11/21