**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                          :
                                                                :   Chapter 11
                                                                :
**LBI MEDIA, INC.,** *et al.,*                                  :   Case No. 18-12655 (CSS)
                                                                :
        Debtors.[1]                                        :   (Joint Administration Requested)
                                                                :
---------------------------------------------------------------- x

**AGENDA FOR FIRST DAY HEARING**
**AND INDEX OF FIRST DAY PLEADINGS**[2]

A.    Voluntary Petitions:

    1.    LBI Media, Inc. Petition
    2.    Liberman Broadcasting, Inc. Petition
    3.    LBI Media Holdings, Inc. Petition
    4.    LBI Media Intermediate Holdings, Inc. Petition
    5.    Empire Burbank Studios LLC Petition
    6.    Liberman Broadcasting of California LLC Petition
    7.    LBI Radio License LLC Petition
    8.    Liberman Broadcasting of Houston LLC Petition
    9.    Liberman Broadcasting of Houston License LLC Petition
    10.   Liberman Television of Houston LLC Petition
    11.   KZJL License LLC Petition
    12.   Liberman Television LLC Petition
    13.   KRCA Television LLC Petition
    14.   KRCA License LLC Petition
    15.   Liberman Television of Dallas LLC Petition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

[2] Upon receiving the date and time of the first day hearing (the "**First Day Hearing**") from the assigned Judge's chambers, the above-captioned debtors will file and serve a notice of the First Day Hearing in accordance with Rule 9013-1(m)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/LBIMedia.

16. Liberman Television of Dallas License LLC Petition
17. Liberman Broadcasting of Dallas LLC Petition
18. Liberman Broadcasting of Dallas License LLC Petition

B. Declaration of Brian Kei in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 13 - filed November 21, 2018]

C. <u>First Day Motions</u>:

19. Motion of Debtors for Entry of Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 2 - filed November 21, 2018]

20. Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modifying the Automatic Stay, and (II) Related Relief [Docket No. 12 - filed November 21, 2018]

21. Motion of Debtors for Entry of Interim and Final Orders Granting (I) Authority to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Ordinary Course Changes to Cash Management System, (C) Continue Intercompany Transactions, (D) Provide Administrative Expense Priority for Postpetition Intercompany Claims, and (II) Related Relief [Docket No. 4 - filed November 21, 2018]

22. Motion of Debtors for Entry of Interim and Final Orders for (I) Authority to (A) Pay Certain Prepetition Wages and Ordinary Course Expenses, (B) Pay and Honor Benefit Program Obligations, and (C) Continue Benefit Programs, and (II) Related Relief [Docket No. 5 - filed November 21, 2018]

23. Motion of Debtors for Entry of Interim and Final Orders for (I) Authority to (A) Continue to Maintain Insurance Policies and Programs, (B) Honor All Obligations With Respect Thereto, (II) Modification of the Automatic Stay With Respect to Workers' Compensation, and (III) Related Relief [Docket No. 6 - filed November 21, 2018]

24. Motion of Debtors for Entry of Interim and Final Orders for (I) Authority to Pay or Honor Prepetition Claims of and Obligations to (A) On-Air Talent and (B) Critical Vendors, and (II) Related Relief [Docket No. 7 - filed November 21, 2018]

25. Motion of Debtors for Entry of Interim and Final Orders for Authority to (I) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices, and (II) Pay and Honor Related Prepetition Obligations [Docket No. 8 - filed November 21, 2018]

26. Motion of Debtors for Entry of Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Taxes and Fees [Docket No. 9 - filed November 21, 2018]

27. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service, and (IV) Granting Related Relief [Docket No. 10 - filed November 21, 2018]

28. Application of Debtors for Authority to Appoint Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Petition Date [Docket No. 11 - filed November 21, 2018]

Dated: November 21, 2018
       Wilmington, Delaware

    */s/ Zachary I. Shapiro*
    RICHARDS, LAYTON & FINGER, P.A.
    Daniel J. DeFranceschi (No. 2732)
    Zachary I. Shapiro (No. 5103)
    Brendan J. Schlauch (No. 6115)
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Ray C. Schrock, P.C.
    Garrett A. Fail
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Proposed Attorneys for Debtors*
    *and Debtors in Possession*