## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x
                :

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **LBI MEDIA, INC.,** | : | **Case No. 18-12655 (CSS)** |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 95-4668901 | : | |

-------------------------------------------------------------x
                :

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **LIBERMAN BROADCASTING, INC.,** | : | **Case No. 18-12654 (CSS)** |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 20-0688078 | : | |

-------------------------------------------------------------x
                :

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **LBI MEDIA HOLDINGS, INC.,** | : | **Case No. 18-12656 (CSS)** |
| | : | |
| Debtor. | : | Re: Docket No. 2 |
| | : | |
| Fed. Tax Id. No. 05-0584918 | : | |

-------------------------------------------------------------x
                :

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| | : | |
| **LBI MEDIA INTERMEDIATE HOLDINGS, INC.,** | : | **Case No. 18-12657 (CSS)** |
| | : | |
| | : | Re: Docket No. 2 |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 82-1329635 | : | |

-------------------------------------------------------------x

```
-----------------------------------------------x
                                               :
In re:                                         :        Chapter 11
                                               :
EMPIRE BURBANK STUDIOS LLC,                     :        Case No. 18-12658 (CSS)
                                               :
            Debtor.                            :        Re: Docket No. 2
                                               :
Fed. Tax Id. No. 33-0834443                    :
-----------------------------------------------x
                                               :
In re:                                         :        Chapter 11
                                               :
LIBERMAN BROADCASTING OF                       :
CALIFORNIA LLC,                                :        Case No. 18-12659 (CSS)
                                               :
            Debtor.                            :        Re: Docket No. 2
                                               :
Fed. Tax Id. No. 95-4131156                    :
-----------------------------------------------x
                                               :
In re:                                         :        Chapter 11
                                               :
LBI RADIO LICENSE LLC,                         :        Case No. 18-12660 (CSS)
                                               :
            Debtor.                            :        Re: Docket No. 2
                                               :
Fed. Tax Id. No. 95-4668905                    :
-----------------------------------------------x
                                               :
In re:                                         :        Chapter 11
                                               :
LIBERMAN BROADCASTING OF                       :        Case No. 18-12661 (CSS)
HOUSTON LLC,                                   :
                                               :        Re: Docket No. 2
            Debtor.                            :
                                               :
Fed. Tax Id. No. 20-8696005                    :
-----------------------------------------------x
```

2

```
-----------------------------------------x
                                         :
In re:                                   :        Chapter 11
                                         :
LIBERMAN BROADCASTING OF                 :        Case No. 18-12662 (CSS)
HOUSTON LICENSE LLC,                     :
                                         :        Re: Docket No. 2
         Debtor.                         :
                                         :
Fed. Tax Id. No. 20-8696277              :
-----------------------------------------x
                                         :
In re:                                   :        Chapter 11
                                         :
LIBERMAN TELEVISION OF                   :        Case No. 18-12663 (CSS)
HOUSTON LLC,                             :
                                         :        Re: Docket No. 2
         Debtor.                         :
                                         :
Fed. Tax Id. No. 20-8692887              :
-----------------------------------------x
                                         :
In re:                                   :        Chapter 11
                                         :
KZJL LICENSE LLC,                        :        Case No. 18-12664 (CSS)
                                         :
         Debtor.                         :        Re: Docket No. 2
                                         :
Fed. Tax Id. No. 20-8692880              :
-----------------------------------------x
                                         :
In re:                                   :        Chapter 11
                                         :
LIBERMAN TELEVISION LLC,                 :        Case No. 18-12665 (CSS)
                                         :
         Debtor.                         :        Re: Docket No. 2
                                         :
Fed. Tax Id. No. 95-4668919              :
-----------------------------------------x
```

3

```
-----------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
KRCA TELEVISION LLC,                :        Case No. 18-12666 (CSS)
                                    :
        Debtor.                     :        Re: Docket No. 2
                                    :
Fed. Tax Id. No. 27-1484579         :
-----------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
KRCA LICENSE LLC,                   :        Case No. 18-12667 (CSS)
                                    :
        Debtor.                     :        Re: Docket No. 2
                                    :
Fed. Tax Id. No. 95-4668917         :
-----------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
LIBERMAN TELEVISION OF DALLAS LLC,  :        Case No. 18-12668 (CSS)
                                    :
        Debtor.                     :        Re: Docket No. 2
                                    :
Fed. Tax Id. No. 20-8696163         :
-----------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
LIBERMAN TELEVISION OF              :        Case No. 18-12669 (CSS)
DALLAS LICENSE LLC,                 :
                                    :        Re: Docket No. 2
        Debtor.                     :
                                    :
Fed. Tax Id. No. 20-0101566         :
-----------------------------------------------------------x
```

RLF1 20336898v.3

```
------------------------------------------------x
                                                :
In re:                                          :     Chapter 11
                                                :
LIBERMAN BROADCASTING OF                        :     Case No. 18-12670 (CSS)
DALLAS LLC,                                     :
                                                :     Re: Docket No. 2
          Debtor.                               :
                                                :
Fed. Tax Id. No. 20-8696468                     :
------------------------------------------------x
                                                :
In re:                                          :     Chapter 11
                                                :
LIBERMAN BROADCASTING OF                        :
DALLAS LICENSE LLC,                             :     Case No. 18-12671 (CSS)
                                                :
          Debtor.                               :     Re: Docket No. 2
                                                :
Fed. Tax Id. No. 20-8696537                     :
------------------------------------------------x
```

## ORDER DIRECTING JOINT
## ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of LBI Media, Inc. and its affiliated debtors in

the above-captioned chapter 11 cases, as debtors and debtors in possession

(collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for

entry of an order directing the joint administration of the Debtors' chapter 11 cases for

procedural purposes only, all as more fully set forth in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157

and 1334, and the *Amended Standing Order of Reference* from the United States District Court

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the First Day Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.    The Motion is granted.

2.    The Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 18–12655 (CSS).

3.    Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases.

RLF1 20336898v.3

4.    The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

----------------------------------------------------------- x

*In re:*                                        :

                                                :        **Chapter 11**

                                                :

**LBI MEDIA, INC.,** *et al.,*                  :        **Case No. 18–12655 (CSS)**

                                                :

          **Debtors.**[1]                       :        **(Jointly Administered)**

                                                :

----------------------------------------------------------- x

5.    A docket entry shall be made in the chapter 11 case of each of the Debtors

(except the chapter 11 case of LBI Media, Inc.) as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of LBI Media, Inc.; Liberman Broadcasting, Inc.; LBI Media Holdings, Inc.; LBI Media Intermediate Holdings, Inc.; Empire Burbank Studios LLC; Liberman Broadcasting of California LLC; LBI Radio License LLC; Liberman Broadcasting of Houston LLC; Liberman Broadcasting of Houston License LLC; Liberman Television of Houston LLC; KZJL License LLC; Liberman Television LLC; KRCA Television LLC; KRCA License LLC; Liberman Television of Dallas LLC; Liberman Television of Dallas License LLC; Liberman Broadcasting of Dallas LLC; and Liberman Broadcasting of Dallas License LLC. The docket in LBI Media, Inc., Case No. 18–12655 (CSS) should be consulted for all matters affecting the case.

6.    The Debtors are authorized to take all action necessary to implement the

relief granted in this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

7.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: November 21, 2018
      Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

8