UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------- x
| | : | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| | : | |
| **LBI MEDIA, INC.,** *et al.*, | : | Case No. 18-12655 (CSS) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 16, 2019 AT 11:00 A.M. (ET)[2]**

**I.    RESOLVED MATTER:**

1. Motion of the Official Committee of Unsecured Creditors for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C.§§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to December 4, 2018 [Docket No. 244 - filed December 21, 2018]

   Objection / Response Deadline:    January 4, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:    None.

   Related Documents:

   i. Certificate of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C.§§ 1102(b)(3) and 1103(c),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

[2] The hearing will be held before The Honorable Christopher S. Soncth at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 16, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018. All motions and other pleadings referenced herein are available online free of charge at the following address: https://dm.epiq11.com/LBIMedia.

> *Nunc Pro Tunc* to December 4, 2018 [Docket No. 280 - filed January 7, 2019]

ii. Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to December 4, 2018 [Docket No. 281 - entered January 8, 2019]

Status: On January 8, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:

2. Application of the Official Committee of Unsecured Creditors to Employ and Retain Squire Patton Boggs (US) LLP as Counsel *Nunc Pro Tunc* to December 4, 2018 [Docket No. 262 - filed December 28, 2018]

   Objection / Response Deadline: January 9, 2019 at 4:00 p.m. (ET), extended to January 11, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "U.S. Trustee")

   Objections / Responses Received: None.

   Related Documents:

   i. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors to Employ and Retain Squire Patton Boggs (US) LLP as Counsel *Nunc Pro Tunc* to December 4, 2018 [Docket No. 301 - filed January 11, 2019]

   ii. Proposed form of Order

   Status: On January 11, 2019, the Official Committee of Unsecured Creditors (the "Committee") filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

3. Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Adviser to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 6, 2018 [Docket No. 263 - filed December 28, 2018]

   Objection / Response Deadline: January 9, 2019 at 4:00 p.m. (ET), extended to January 11, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

   Objections / Responses Received: None.

Related Documents:

i. Certificate of No Objection Regarding Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Adviser to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 6, 2018 [Docket No. 302 - filed January 11, 2019]

ii. Proposed form of Order

Status: On January 11, 2019, the Committee filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

4. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to December 4, 2018 [Docket No. 264 - filed December 28, 2018]

Objection / Response Deadline:   January 9, 2019 at 4:00 p.m. (ET), extended to January 11, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Objections / Responses Received:   None.

Related Documents:

i. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to December 4, 2018 [Docket No. 303 - filed January 11, 2019]

ii. Proposed form of Order

Status: On January 11, 2019, the Committee filed a certificate of no objection regarding this matter. Accordingly, a hearing regarding this matter is not required.

III. **UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL**:

5. Application of Debtors for Authority to Retain and Employ Ernst & Young LLP as Tax Advisors *Nunc Pro Tunc* to Petition Date [Docket No. 245 - filed December 21, 2018]

      Objection / Response Deadline:    January 4, 2019 at 4:00 p.m. (ET); extended to January 11, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

      Objections / Responses Received:

A.    Informal comments from the U.S. Trustee

      Related Documents:

i.    Certification of Counsel Regarding Order Authorizing Debtors to Retain and Employ Ernst & Young LLP as Tax Advisors for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 316 - filed January 14, 2019]

Status:  On January 14, 2019, the Debtors submitted a revised form of order resolving the informal comments of the U.S. Trustee under certification of counsel. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

## IV. **CONTESTED MATTER GOING FORWARD:**

6.    Motion of Debtors for Entry of Order (I) Approving Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan, and (V) Granting Related Relief [Docket No. 45 - filed November 23, 2018] (the "Solicitation Procedures Motion")

      Objection / Response Deadline:    January 7, 2019 at 4:00 p.m. (ET); extended for TMI Trust Company, as Trustee ("TMI") and Cowen and Company, LLC ("Cowen"), to January 8, 2018; extended for U.S. Bank National Association and the Ad Hoc Group of Noteholders, holders of the 11½%/13½% PIK Toggle Second Priority Secured Subordinated Notes due 2020, Series II, to January 9, 2019

      Objections / Responses Received:

A.    Objection of TMI Trust Company, as Trustee to Debtors' Proposed Disclosure Statement [Docket No. 283 - filed January 8, 2019]

Status:  The Debtors believe they have reached an agreement in principal with TMI that resolves this objection, and such resolution will be reflected in a revised Plan and Disclosure Statement (each as defined below) that will be filed prior to the hearing.

4

B.     Joinder of Cowen and Company, LLC in Objection of TMI Trust Company, as Trustee to Debtors' Proposed Disclosure Statement [Docket No. 284 - filed January 8, 2019]

       Status: The Debtors believe they have reached an agreement in principal with Cowen that resolves this objection, and such resolution will be reflected in a revised Plan and Disclosure Statement that will be filed prior to the hearing.

C.     Objection of U.S. Bank National Association as Indenture Trustee to the Debtors' Motion for Order (I) Approving Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan, and (V) Granting Related Relief [Docket No. 291 - filed January 9, 2019]

       Status: This objection remains unresolved. The Debtors intend to file a reply to such objection prior to the hearing.

D.     Objection of the Ad Hoc Group of Noteholders to the Disclosure Statement for Amended Joint Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 293 - filed January 9, 2019]

       Status: This objection remains unresolved. The Debtors intend to file a reply to such objection prior to the hearing.

E.     Informal comments from the Committee

       Status: The Debtors have resolved the informal comments from the Committee, and such resolution will be reflected in a revised Plan, Disclosure Statement, and form of order approving the Disclosure Statement and Solicitation Procedures Motion that will be filed prior to the hearing.

F.     Informal comments from the U.S. Trustee

       Status: The Debtors have resolved the informal comments from the U.S. Trustee, and such resolution will be reflected in a revised Plan and Disclosure Statement that will be filed prior to the hearing.

Related Documents:

i.     Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 43 - filed November 23, 2018]

    ii.    Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 44 - filed November 23, 2018]

    iii.    Notice of Motion and Hearing [Docket No. 98 - filed November 27, 2018]

    iv.    Notice of Hearing to Consider Approval of Proposed Disclosure Statement for Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Debtor Affiliates [Docket No. 99 - filed November 27, 2018]

    v.    Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 277 - filed January 4, 2019] (the "Plan")

    vi.    Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 278 - filed January 4, 2019] (the "Disclosure Statement")

    vii.    Notice of Filing of Blacklines of Revised Disclosure Statement and Amended Plan [Docket No. 279 - filed January 4, 2019]

Status:    The hearing on this matter will go forward as set forth above.

RLF1 20372392v.6

Dated: January 14, 2019
      Wilmington, Delaware

                            */s/ Brendan J. Schlauch*
                            RICHARDS, LAYTON & FINGER, P.A.
                            Daniel J. DeFranceschi (No. 2732)
                            Zachary I. Shapiro (No. 5103)
                            Brendan J. Schlauch (No. 6115)
                            One Rodney Square
                            920 North King Street
                            Wilmington, Delaware  19801
                            Telephone: (302) 651-7700
                            Facsimile: (302) 651-7701

                            -and-

                            WEIL, GOTSHAL & MANGES LLP
                            Ray C. Schrock, P.C.
                            Garrett A. Fail
                            767 Fifth Avenue
                            New York, New York  10153
                            Telephone:  (212) 310-8000
                            Facsimile:   (212) 310-8007

                            *Attorneys for Debtors and Debtors in Possession*