## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                          :
                                                :          Chapter 11
                                                :
LBI MEDIA, INC., et al.,                        :          Case No. 18-12655 (CSS)
                                                :
                 Debtors.¹                      :          (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------- x
```

## NOTICE OF *AMENDED*² AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 16, 2019 AT 11:00 A.M. (ET)³

I.    **RESOLVED MATTER:**

1.    Motion of the Official Committee of Unsecured Creditors for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C.§§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to December 4, 2018 [Docket No. 244 - filed December 21, 2018]

Objection / Response Deadline:          January 4, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:        None.

Related Documents:

i.    Certificate of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for an Order Establishing Information Sharing

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

² **Amended items appear in bold.**

³ The hearing will be held before The Honorable Christopher S. Soncth at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 16, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018. All motions and other pleadings referenced herein are available online free of charge at the following address: https://dm.epiq11.com/LBIMedia.

Procedures for Compliance with 11 U.S.C.§§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to December 4, 2018 [Docket No. 280 - filed January 7, 2019]

ii.    Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c), *Nunc Pro Tunc* to December 4, 2018 [Docket No. 281 - entered January 8, 2019]

Status:  On January 8, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:

2.    Application of the Official Committee of Unsecured Creditors to Employ and Retain Squire Patton Boggs (US) LLP as Counsel *Nunc Pro Tunc* to December 4, 2018 [Docket No. 262 - filed December 28, 2018]

Objection / Response Deadline:    January 9, 2019 at 4:00 p.m. (ET), extended to January 11, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "U.S. Trustee")

Objections / Responses Received:    None.

Related Documents:

i.    Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors to Employ and Retain Squire Patton Boggs (US) LLP as Counsel *Nunc Pro Tunc* to December 4, 2018 [Docket No. 301 - filed January 11, 2019]

ii.    Proposed form of Order

iii.    **Order Authorizing the Employment and Retention of Squire Patton Boggs (US) LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 4, 2018 [Docket No. 319 – entered January 14, 2019]**

Status: **On January 14, 2019, the Court entered an order regarding this matter.  Accordingly, a hearing regarding this matter is not required.**

3.    Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Adviser to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 6, 2018 [Docket No. 263 - filed December 28, 2018]

2

| | |
|---|---|
| Objection / Response Deadline: | January 9, 2019 at 4:00 p.m. (ET), extended to January 11, 2019 at 4:00 p.m. (ET) for the U.S. Trustee |
| Objections / Responses Received: | None. |

Related Documents:

i.    Certificate of No Objection Regarding Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Adviser to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 6, 2018 [Docket No. 302 - filed January 11, 2019]

ii.    Proposed form of Order

iii.    **Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 4, 2018 [Docket No. 320 – entered January 14, 2019]**

Status: **On January 14, 2019, the Court entered an order regarding this matter. Accordingly, a hearing regarding this matter is not required.**

4.    Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to December 4, 2018 [Docket No. 264 - filed December 28, 2018]

| | |
|---|---|
| Objection / Response Deadline: | January 9, 2019 at 4:00 p.m. (ET), extended to January 11, 2019 at 4:00 p.m. (ET) for the U.S. Trustee |
| Objections / Responses Received: | None. |

Related Documents:

i.    Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to December 4, 2018 [Docket No. 303 - filed January 11, 2019]

ii.    Proposed form of Order

iii.    **Order Authorizing Employment and Retention of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro***

3

*Tunc* to December 4, 2018 [Docket No. 322 – entered January 14, 2019]

Status: **On January 14, 2019, the Court entered an order regarding this matter.  Accordingly, a hearing regarding this matter is not required.**

III.    **UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

5.    Application of Debtors for Authority to Retain and Employ Ernst & Young LLP as Tax Advisors *Nunc Pro Tunc* to Petition Date [Docket No. 245 - filed December 21, 2018]

Objection / Response Deadline:    January 4, 2019 at 4:00 p.m. (ET); extended to January 11, 2019 at 4:00 p.m. (ET) for the U.S. Trustee

Objections / Responses Received:

A.    Informal comments from the U.S. Trustee

Related Documents:

i.    Certification of Counsel Regarding Order Authorizing Debtors to Retain and Employ Ernst & Young LLP as Tax Advisors for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 316 - filed January 14, 2019]

ii.    **Order Authorizing Debtors to Retain and Employ Ernst & Young LLP as Tax Advisors for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 321 - entered January 14, 2019]**

Status: **On January 14, 2019, the Court entered an order regarding this matter.  Accordingly, a hearing regarding this matter is not required.**

IV.    **CONTESTED MATTER GOING FORWARD:**

6.    Motion of Debtors for Entry of Order (I) Approving Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan, and (V) Granting Related Relief [Docket No. 45 - filed November 23, 2018] (the "Solicitation Procedures Motion")

Objection / Response Deadline:    January 7, 2019 at 4:00 p.m. (ET); extended for TMI Trust Company, as Trustee ("TMI") and Cowen and Company, LLC ("Cowen"), to January 8, 2018; extended for U.S. Bank National Association and the Ad Hoc Group of Noteholders, holders of the 11½%/13½%

4

PIK Toggle Second Priority Secured Subordinated Notes due 2020, Series II, to January 9, 2019

<u>Objections / Responses Received</u>:

A.    Objection of TMI Trust Company, as Trustee to Debtors' Proposed Disclosure Statement [Docket No. 283 - filed January 8, 2019]

<u>Status</u>:    **The Debtors have reached an agreement with TMI that resolves its objection.  Accordingly, TMI has withdrawn its objection.**

B.    Joinder of Cowen and Company, LLC in Objection of TMI Trust Company, as Trustee to Debtors' Proposed Disclosure Statement [Docket No. 284 - filed January 8, 2019]

<u>Status</u>: **The Debtors have reached an agreement with Cowen that resolves its joinder.  Accordingly, Cowen has withdrawn its joinder.**

C.    Objection of U.S. Bank National Association as Indenture Trustee to the Debtors' Motion for Order (I) Approving Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan, and (V) Granting Related Relief [Docket No. 291 - filed January 9, 2019]

<u>Status</u>:  This objection remains unresolved.  **The Debtors filed the Reply (as defined below) to such objection, and the hearing on this matter will go forward.**

D.    Objection of the Ad Hoc Group of Noteholders to the Disclosure Statement for Amended Joint Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 293 - filed January 9, 2019]

<u>Status</u>:  This objection remains unresolved.  **The Debtors filed the Reply to such objection, and the hearing on this matter will go forward.**

E.    Informal comments from the Committee

<u>Status</u>: **The Debtors have resolved the informal comments from the Committee, and such resolution is reflected in the revised Plan, Disclosure Statement (each as defined below), and form of order approving the Disclosure Statement and Solicitation Procedures Motion.**

5

F.    Informal comments from the U.S. Trustee

Status: **The Debtors have resolved the informal comments from the U.S. Trustee, and such resolution is reflected in the revised Plan and Disclosure Statement.**

Related Documents:

i.    Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 43 - filed November 23, 2018]

ii.    Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 44 - filed November 23, 2018]

iii.    Notice of Motion and Hearing [Docket No. 98 - filed November 27, 2018]

iv.    Notice of Hearing to Consider Approval of Proposed Disclosure Statement for Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Debtor Affiliates [Docket No. 99 - filed November 27, 2018]

v.    Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 277 - filed January 4, 2019]

vi.    Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 278 - filed January 4, 2019]

vii.    Notice of Filing of Blacklines of Revised Disclosure Statement and Amended Plan [Docket No. 279 - filed January 4, 2019]

viii.    **Notice of Withdrawal [Docket No. 324 - filed January 15, 2019]**

ix.    **Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 325 - filed January 15, 2019] (the "Plan")**

x.    **Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 326 - filed January 15, 2019] (the "Disclosure Statement")**

xi.    **Notice of Filing of Blacklines of Second Revised Disclosure Statement and Second Amended Plan [Docket No. 327- filed January 15, 2019]**

xii.    **Notice of Withdrawal of Objection of TMI Trust Company, as Trustee to Debtors' Proposed Disclosure Statement [Docket No. 328 - filed January 15, 2019]**

xiii.   **Notice of Filing of Revised Proposed Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan, and (V) Granting Related Relief [Docket No. 329 - filed January 15, 2019]**

xiv.   **Reply in Support of Motion to Approve Disclosure Statement and Related Solicitation Procedures [Docket No. 330 - filed January 15, 2019] (the "Reply")**

xv.   **Motion of Debtors for Leave to File and Serve Reply in Support of Motion to Approve Disclosure Statement and Related Solicitation Procedures [Docket No. 331 - filed January 15, 2019]**

xvi.   **Joinder of HPS Investment Partners, LLC to (I) Debtors' Reply in Support of Motion to Approve Disclosure Statement and Related Solicitation Procedures and (II) Motion of Debtors for Leave to File and Serve Reply in Support of Motion to Approve Disclosure Statement and Related Solicitation Procedures [Docket No. 332 - filed January 15, 2019]**

Status:   The hearing on this matter will go forward as set forth above.

RLF1 20636670v.2

Dated:  January 15, 2019
         Wilmington, Delaware

*/s/ Brendan J. Schlauch*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Garrett A. Fail
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors and Debtors in*
*Possession*

8