**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: LBI Media, Inc., et. al. | Case No.: | 18-12655 |
| | Reporting Period: | 11/21/18 - 12/31/18 |

**Monthly Operating Report**

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| **Schedule of Cash Receipts and Disbursements** | MOR-1 | X | |
|    Bank Account Reconciliation/Information | MOR-1a | X | X |
|    Schedule of Professional Fees Paid | MOR-1b | X | |
|    Copies of Bank Statements | | N/A | X |
|    Cash Disbursements Journals | | N/A | X |
| **Statement of Operations** | MOR-2 | X | |
| **Balance Sheet** | MOR-3 | X | |
| **Status of Post-Petition Taxes** | MOR-4 | X | |
|    Copies of IRS Form 6123 | | N/A | X |
|    Copies of Tax Returns Filed During Reporting Period | | N/A | X |
| **Summary of Unpaid Post-Petition Debts** | MOR-4a | X | |
|    Listing of Aged Accounts Payable | MOR-4a | X | |
| **Accounts Receivable Reconciliation and Aging** | MOR-5 | X | |
| **Debtor Questionnaire** | MOR-5a | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| */s/ Brian Kei* | *1/30/2019* |
| Signature of Authorized Individual | Date |
| | |
| Brian Kei | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

In re: LBI Media, Inc., et. al.                                                                           Case No.:            18-12655
                                                                                                          Reporting Period:    11/21/18 - 12/31/18

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND
DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORTS**

On November 21, 2018 (the "Petition Date"), LBI Media, Inc. and 17 of its affiliates (collectively, the "Debtors"),[1] each commenced a voluntary case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 21, 2018, the Bankruptcy Court entered an order authorizing the joint administration of these cases pursuant to Bankruptcy Rule 1015(b). On December 6, 2018, the United States Trustee for Region 2 (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Creditors' Committee").

These following notes and statements and limitations should be referred to, and referenced in connection with, any review of this Monthly Operating Report ("MOR").

**1. Basis for Presentation.**  This MOR has been prepared solely for the purpose of complying with the monthly reporting requirements in these chapter 11 cases and is in a format acceptable to the United States Trustee.  The financial statements and supplemental information contained herein are preliminary, unaudited and may not comply in all material respects with accounting principles generally accepted in the United States ("GAAP"). In addition, certain of the financial statements and supplemental information contained herein represent consolidated information.

The unaudited consolidated financial statements have been derived from the books and records of the Debtors.  This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and upon application of such procedures the financial information could be subject to material change.  The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.

The information furnished in this report includes normal recurring adjustments, but does not include all adjustments that would typically be made for financial information in accordance with GAAP.

The consolidated results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of the Debtors' operations, their financial position and the schedule of receipts and disbursements in the future.  The Debtors caution readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537).  The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND**
**DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORTS**

**2. Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**3. Liabilities Subject to Compromise.** Liabilities subject to compromise have been reported at the amounts recorded on the Debtors' books and records as of the date of the report. The amounts classified as liabilities subject to compromise in the financial statements included herein are preliminary and may be subject to future adjustments depending on Bankruptcy Court actions, developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, reconciliation of claims, and other events.

**4. Reservation of Rights.** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**5. Reporting Period.** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**6. Consolidated Entity Accounts Payable and Disbursement Systems.** Cash is received and disbursed by the Debtors as described in the Motion of Debtors for Entry of Interim and Final Orders Granting (I) Authority to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Ordinary Course Changes to Cash Management System, (C) Continue Intercompany Transactions, (D) Provide Administrative Expense Priority for Postpetition Intercompany Claims, and (II) Related Relief (the "Cash Management Motion") [D.I. No. 4] and is consistent with the Debtors' historical cash management practices.

**7. Specific MOR Disclosures**

  **a. Notes to MOR-1:** For purposes of calculating U.S. Trustee Quarterly Fees, the Debtors have estimated disbursements based on each entity's estimated revenue allocation for the reporting period.

  **b. Notes to MOR-1a:** Bank balances may vary from book balances due to outstanding check and wire float, cash in transit, and various other reconciling items.

  **c. Notes to MOR-1b:** Schedules of professional fees detailed in MOR-1b includes only restructuring professionals retained by the Debtors. This amount may vary from the Restructuring Fees reflected on the MOR-1 Consolidated Schedule of Cash Receipts and Disbursements.

  **d. Notes to MOR-3:** Adjustments have been made to the Stockholders' Equity accounts at an entity level to balance each individual entity's balance sheets. No adjustment has been made on a consolidated level. As such, the entity level Stockholders' Equity accounts should not be relied upon. In addition, Assets and Liabilities are presented in line with the Statements and Schedules and all associated notes therein apply.

  **e. Notes to MOR-4a:** The Debtors have sufficient cash to pay their postpetition accounts payable obligations in the ordinary course as they come due. The Debtors are currently in the process of reviewing the Accounts Payable aging buckets and are subject to change in future periods.

  **f. Notes to MOR-5:** The Accounts Receivable account on the Balance Sheet includes an accrued A/R amount due to differences between the fiscal period (GAAP) and broadcasting period. Therefore, there may be slight differences between the figure shown in the A/R aging in MOR 5 and Net A/R balance on the balance sheet. In addition, certain cash receipts during the period are not related to sales (e.g. FCC reimbursements and other non-sales related receipts) and are therefore backed out from operating receipts in the A/R rollforward.

| | | | |
|---|---|---|---|
| In re: LBI Media, Inc., et. al. | | Case No.: | 18-12655 |
| | | Reporting Period: | 11/21/18 - 12/31/18 |

## Listing of Debtor Entities

**General:**
The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number |
|---|---|
| Liberman Broadcasting, Inc. | 18-12654 |
| LBI Media, Inc. | 18-12655 |
| LBI Media Holdings, Inc. | 18-12656 |
| LBI Media Intermediate Holdings, Inc. | 18-12657 |
| Empire Burbank Studios LLC | 18-12658 |
| Liberman Broadcasting of California LLC | 18-12659 |
| LBI Radio License LLC | 18-12660 |
| Liberman Broadcasting of Houston LLC | 18-12661 |
| Liberman Broadcasting of Houston License LLC | 18-12662 |
| Liberman Television of Houston LLC | 18-12663 |
| KZJL License LLC | 18-12664 |
| Liberman Television LLC | 18-12665 |
| KRCA Television LLC | 18-12666 |
| KRCA License LLC | 18-12667 |
| Liberman Television of Dallas LLC | 18-12668 |
| Liberman Television of Dallas License LLC | 18-12669 |
| Liberman Broadcasting of Dallas LLC | 18-12670 |
| Liberman Broadcasting of Dallas License LLC | 18-12671 |

| | | |
|---|---|---|
| In re: LBI Media, Inc., et. al. | | MOR-1 |
| $ Figures in Dollars | Case No.: | 18-12655 |
| | Reporting Period: | 11/21/18 - 12/31/18 |

**Disbursements for Calculating U.S. Trustee Quarterly Fees**
**11/21/18 - 12/31/18 Fee Schedule**

| | | |
|---|---|---|
| **Total 11/21/18 - 12/31/18 Disbursements:** | | **$13,858,921** |

| Case No. | Debtor Entity Name: | Allocated Disbursements | US Trustee Fees - Q4'18 |
|---|---|---:|---:|
| 18-12654 | Liberman Broadcasting, Inc. | $ - | $ 325 |
| 18-12655 | LBI Media, Inc. | 20,169 | 650 |
| 18-12656 | LBI Media Holdings, Inc. | - | 325 |
| 18-12657 | LBI Media Intermediate Holdings, Inc. | - | 325 |
| 18-12658 | Empire Burbank Studios LLC | - | 325 |
| 18-12659 | Liberman Broadcasting of California LLC | 2,247,950 | 22,480 |
| 18-12660 | LBI Radio License LLC | - | 325 |
| 18-12661 | Liberman Broadcasting of Houston LLC | 1,402,649 | 14,027 |
| 18-12662 | Liberman Broadcasting of Houston License LLC | - | 325 |
| 18-12663 | Liberman Television of Houston LLC | 841,203 | 4,875 |
| 18-12664 | KZJL License LLC | - | 325 |
| 18-12665 | Liberman Television LLC | 7,616,017 | 76,160 |
| 18-12666 | KRCA Television LLC | - | 325 |
| 18-12667 | KRCA License LLC | - | 325 |
| 18-12668 | Liberman Television of Dallas LLC | 786,682 | 4,875 |
| 18-12669 | Liberman Television of Dallas License LLC | - | 325 |
| 18-12670 | Liberman Broadcasting of Dallas LLC | 944,251 | 4,875 |
| 18-12671 | Liberman Broadcasting of Dallas License LLC | - | 325 |
| | **TOTALS:** | **$ 13,858,921** | **$ 131,516** |

| In re: LBI Media, Inc., et. al. | | Form No.: | MOR-1 |
| --- | --- | --- | --- |
| $ Figures in Thousands | | Case No.: | 18-12655 |
| | | Reporting Period: | 11/21/18 - 12/31/18 |

| **Consolidated Schedule of Cash Receipts and Disbursements** | | |
| --- | --- | --- |
| **Beginning Book Cash Balance 11/21/2018** | $ | 4,189 |
| **Receipts:** | | |
|     Cash Receipts | | 12,912 |
|     DIP Borrowings | | 10,000 |
| **Total Receipts** | | 22,912 |
| **Disbursements:** | | |
|   *Operating Disbursements* | | |
|     Payroll & Benefits | | 6,109 |
|     Programming (Non-Payroll) | | 1,087 |
|     Rent and Leases | | 493 |
|     Utilities | | 142 |
|     Property Taxes | | 20 |
|     Licenses & Ratings | | 1,136 |
|     Professional Services | | 216 |
|     Insurance | | 1,307 |
|     Other SG&A | | 139 |
|   Total Operating Disbursements | | 10,650 |
|   *Capital Expenditures* | | |
|     CapEx | | 597 |
|   Total Capital Expenditures | | 597 |
|   *Restructuring Related Fees* | | |
|     Restructuring Fees | | 746 |
|     Other Restructuring Related Items | | 749 |
|     DIP Interest & Fees | | 1,116 |
|   Total Restructuring Related Items | | 2,612 |
| **Total Disbursements** | | 13,859 |
| **Net Cash Flow** | | 9,053 |
|   Other Reconciling Entries | | (67) |
| **Ending Book Cash Balance 12/31/2018** | $ | 13,175 |

| In re: LBI Media, Inc., et. al. | | | Form No.: | MOR-1a |
| --- | --- | --- | --- | --- |
| $ Figures in Thousands | | | Case No.: | 18-12655 |
| | | | Reporting Period: | 11/21/18 - 12/31/18 |

| **Bank Account Information** |
| --- | --- | --- | --- | --- |
| **Legal Entity** | **Case Number** | **Bank Name / Address** | **Account Number (last 4 digits)** | **Bank Balance** |
| KRCA Television LLC | 18-12666 | Wells Fargo | *3215 | $ 23 |
| KRCA Television LLC | 18-12666 | Wells Fargo | *2142 | 16 |
| KRCA Television LLC | 18-12666 | Union Bank | *0443 | - |
| KRCA Television LLC | 18-12666 | Union Bank | *0451 | - |
| LBI Media, Inc. | 18-12655 | Merrill Lynch | *2551 | - |
| LBI Media, Inc. | 18-12655 | Union Bank | *0729 | 175 |
| LBI Media, Inc. | 18-12655 | Union Bank | *0327 | - |
| Liberman Broadcasting of California LLC | 18-12659 | Union Bank | *4869 | 12,433 |
| Liberman Broadcasting of California LLC | 18-12659 | Union Bank | *4079 | - |
| Liberman Broadcasting of California LLC | 18-12659 | Union Bank | *3501 | - |
| Liberman Broadcasting of California LLC | 18-12659 | Union Bank | *0130 | - |
| Liberman Broadcasting of California LLC | 18-12659 | Union Bank | *1464 | - |
| Liberman Broadcasting of Houston LLC | 18-12661 | Union Bank | *0362 | - |
| Liberman Broadcasting of Houston LLC | 18-12661 | Union Bank | *0948 | - |
| Liberman Broadcasting of Houston LLC | 18-12661 | Wells Fargo | *1146 | 5 |
| Liberman Television of Dallas LLC | 18-12668 | Union Bank | *0133 | - |
| Liberman Television of Dallas LLC | 18-12668 | Wells Fargo | *1077 | 42 |
| Liberman Television of Houston LLC | 18-12663 | Union Bank | *0921 | - |
| Liberman Television LLC | 18-12665 | Union Bank | *0890 | - |
| Liberman Broadcasting, Inc. | 18-12654 | Union Bank | *0882 | CLOSED |
| | | | **Operating Subtotal:** | **$ 12,694** |
| LBI Media Holdings, Inc. | 18-12656 | Union Bank | *0289 | $ 5 |
| LBI Media Holdings, Inc. | 18-12656 | Comerica | *3143 | 805 |
| | | | **HoldCo Subtotal:** | **$ 810** |
| | | | **Total:** | **$ 13,504** |

| | |
|---|---|
| In re: LBI Media, Inc., et. al. | Form No.: MOR-1a |
| | Case No.: 18-12655 |
| | Reporting Period: 11/21/18 - 12/31/18 |

**Bank Reconciliations**

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries.

The Debtors affirm that bank statements and reconciliations for all open and active bank accounts are retained by the Debtors.

_/s/ Brian Kei_                                                                 _1/30/2019_
Signature of Authorized Individual                                  Date

Brian Kei                                                                          Chief Financial Officer
Printed Name of Authorized Individual                           Title of Authorized Individual

**In re: LBI Media, Inc., et al.**  
**$ Figures in Thousands**

**Form No.:** MOR-1b  
**Case No.:** 18-12655  
**Reporting Period:** 11/21/18 - 12/31/18

### Schedule of Professional Fees Paid

| Professional | Period Covered | Payor | Check Number | Check Date | Amount Paid This Period — Fees | Amount Paid This Period — Expenses | Amount Paid This Period — Total | Amount Paid To-Date — Fees | Amount Paid To-Date — Expenses | Amount Paid To-Date — Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Epiq Corporate Restructuring, LLC | 11/21/18 - 11/30/18 | LBI Media, Inc. | Wire | 12/21/2018 | 43 | 20 | 63 | 43 | 20 | 63 |
| **Total** | | | | | $ 43 | $ 20 | $ 63 | $ 43 | $ 20 | $ 63 |

In re: LBI Media, Inc., et. al.  
$ Figures in Thousands

Form No.: MOR-2  
Case No.: 18-12655  
Reporting Period: 11/21/18 - 12/31/18

### Debtor Statement of Operations (Unaudited)

| | Liberman Broadcasting, Inc. | LBI Media, Inc. | LBI Media Holdings, Inc. | LBI Media Intermediate Holdings, Inc. | Empire Burbank Studios LLC | Liberman Broadcasting of California LLC | LBI Radio License LLC | Liberman Broadcasting of Houston LLC | Liberman Broadcasting of Houston License LLC | Liberman Television of Houston LLC | KZJL License LLC | Liberman Television LLC | KRCA Television LLC | KRCA License LLC | Liberman Television of Dallas LLC | Liberman Television of Dallas License LLC | Liberman Broadcasting of Dallas LLC | Liberman Broadcasting of Dallas License LLC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18-12654 | 18-12655 | 18-12656 | 18-12657 | 18-12658 | 18-12659 | 18-12660 | 18-12661 | 18-12662 | 18-12663 | 18-12664 | 18-12665 | 18-12666 | 18-12667 | 18-12668 | 18-12669 | 18-12670 | 18-12671 | |
| **Net Sales** | $ - | $ 20 | $ - | $ - | $ - | $ 2,229 | $ - | $ 1,391 | $ - | $ 834 | $ - | $ 7,544 | $ - | $ - | $ 780 | $ - | $ 936 | $ - | $ 13,736 |
| Technical / Engineering Expense | - | (3) | - | - | - | 17 | - | 25 | - | 60 | - | 128 | - | - | 19 | - | 22 | - | 269 |
| Programming Expense | - | 58 | - | - | - | (24) | - | (59) | - | 142 | - | 5,041 | - | - | 136 | - | (103) | - | 5,192 |
| Sales Expense | - | (74) | - | - | - | 467 | - | 198 | - | 163 | - | 1,060 | - | - | 155 | - | 212 | - | 2,181 |
| Promotions Expense | - | - | - | - | - | 65 | - | 13 | - | - | - | 367 | - | - | - | - | 26 | - | 470 |
| Administration Expense | - | (5,319) | - | - | - | 2,395 | - | 788 | - | 550 | - | 3,338 | - | - | 318 | - | 359 | - | 2,430 |
| **Operating Expense** | - | (5,339) | - | - | - | 2,921 | - | 964 | - | 916 | - | 9,934 | - | - | 629 | - | 516 | - | 10,542 |
| **Operating Income** | - | 5,359 | - | - | - | (692) | - | 427 | - | (81) | - | (2,390) | - | - | 151 | - | 421 | - | 3,193 |
| Interest Expense, Net | - | 298 | - | - | 2 | 14 | - | 20 | - | - | - | - | - | - | - | - | 14 | - | 347 |
| Depreciation | - | 10 | - | - | 35 | 28 | - | 160 | - | 13 | - | 247 | - | - | 24 | - | 131 | - | 649 |
| Impairment of Assets | - | - | - | - | - | - | 1,592 | - | 960 | - | 112 | - | - | 3,185 | - | 689 | - | 99 | 6,637 |
| Loss / (Gain) on Sale of Assets | - | - | - | - | - | (10) | - | (2) | - | - | - | - | - | - | - | - | 8 | - | (4) |
| Other Expense (Income) | - | - | - | - | - | - | - | - | - | (477) | - | - | - | - | - | - | - | - | (477) |
| Restructuring Items, Net | - | 5,921 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,921 |
| **Income (Loss) before Income Taxes** | - | (870) | - | - | (37) | (723) | (1,592) | 248 | (960) | 383 | (112) | (2,638) | - | (3,185) | 127 | (689) | 268 | (99) | (9,879) |
| Income Tax Expense | - | (380) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (380) |
| **Net Income** | $ - | $ (490) | $ - | $ - | $ (37) | $ (723) | $ (1,592) | $ 248 | $ (960) | $ 383 | $ (112) | $ (2,638) | $ - | $ (3,185) | $ 127 | $ (689) | $ 268 | $ (99) | $ (9,499) |

In re: LBI Media, Inc., et. al.  
$ Figures in Thousands

Form No.: MOR-3  
Case No.: 18-12655  
Reporting Period: 11/21/18 - 12/31/18

### Debtor Balance Sheet as of Petition Date (Unaudited)

| | Liberman Broadcasting, Inc. | LBI Media, Inc. | LBI Media Holdings, Inc. | LBI Media Intermediate Holdings, Inc. | Empire Burbank Studios LLC | Liberman Broadcasting of California LLC | LBI Radio License LLC | Liberman Broadcasting of Houston LLC | Liberman Broadcasting of Houston License LLC | Liberman Television of Houston LLC | KZJL License LLC | Liberman Television LLC | KRCA Television LLC | KRCA License LLC | Liberman Television of Dallas LLC | Liberman Television of Dallas License LLC | Liberman Broadcasting of Dallas LLC | Liberman Broadcasting of Dallas License LLC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18-12654 | 18-12655 | 18-12656 | 18-12657 | 18-12658 | 18-12659 | 18-12660 | 18-12661 | 18-12662 | 18-12663 | 18-12664 | 18-12665 | 18-12666 | 18-12667 | 18-12668 | 18-12669 | 18-12670 | 18-12671 | |
| **ASSETS** | | | | | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | $ 0 | $ 2,936 | $ 810 | $ - | $ - | $ 221 | $ - | $ 57 | $ - | $ 1 | $ - | $ 121 | $ - | $ - | $ 43 | $ - | $ 1 | $ - | 4,189 |
| Accounts Receivable, Net | 0 | 56 | - | - | - | 4,112 | - | 1,687 | - | 1,505 | - | 16,791 | - | - | 1,340 | - | 1,456 | - | 26,947 |
| Amounts Due from Related Parties | - | 254 | - | - | - | - | - | - | - | - | - | 331 | - | - | - | - | - | - | 585 |
| Employee Advances, Current | - | 69 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 69 |
| Program Rights, Current | - | - | - | - | - | - | - | - | - | - | - | 896 | - | - | - | - | - | - | 896 |
| Prepaids and Other Current Assets | - | 3,114 | - | - | - | 81 | - | 95 | - | 400 | - | 1,159 | - | - | - | - | 5 | - | 4,853 |
| **Total Current Assets** | 0 | 6,428 | 810 | - | - | 4,413 | - | 1,839 | - | 1,906 | - | 19,299 | - | - | 1,383 | - | 1,462 | - | 37,540 |
| | | | | | | | | | | | | | | | | | | | |
| Program Rights, Net of Current | - | - | - | - | - | - | - | - | - | - | - | 375 | - | - | - | - | - | - | 375 |
| Capitalized Production Costs, Net | - | - | - | - | - | - | - | - | - | - | - | 15,157 | - | - | - | - | - | - | 15,157 |
| Property and Equipment, Net | - | 147 | - | - | 3,093 | 1,807 | - | 6,980 | - | 1,030 | - | 10,587 | - | - | (258) | - | 8,804 | - | 32,190 |
| Broadcast Licenses, Net | - | - | - | - | - | - | 50,379 | - | 18,852 | - | 6,793 | - | - | 44,347 | - | 8,451 | - | 19,676 | 148,497 |
| Intercompany Receivables | - | 63,302 | 6,828 | 24,337 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 94,466 |
| Other assets | - | 1,624 | - | - | - | 14 | - | 190 | - | 0 | - | 3,233 | - | - | - | - | 3 | - | 5,064 |
| **Total Assets** | 0 | 71,500 | 7,638 | 24,337 | 3,093 | 6,234 | 50,379 | 9,009 | 18,852 | 2,936 | 6,793 | 48,651 | - | 44,347 | 1,124 | 8,451 | 10,269 | 19,676 | 333,289 |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | | | | | | | | |
| **Liabilities not Subject to Compromise** | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Portion of Capital Lease Obligation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Portion of Debt | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | | | |
| Leased Towers | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities not Subject to Compromise** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | - | 7,823 | - | - | - | - | - | - | - | - | - | 0 | - | - | - | - | - | - | 7,823 |
| Accrued Expenses | - | 2,848 | - | - | - | 1,287 | - | 644 | - | 221 | - | 1,486 | - | - | 140 | - | 600 | - | 7,226 |
| Accrued Interest | - | 28,758 | 1,277 | 3,218 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | 33,254 |
| Current Portion of Capital Lease Obligation | - | 282 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 282 |
| Current Portion of Debt | - | - | 5,565 | - | 209 | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,774 |
| **Total Current Liabilities** | - | 39,712 | 6,842 | 3,218 | 210 | 1,287 | - | 644 | - | 221 | - | 1,486 | - | - | 140 | - | 600 | - | 54,360 |
| | | | | | | | | | | | | | | | | | | | |
| Long-Term Debt, Excluding Current Portion | - | 490,438 | - | 24,737 | (46) | - | - | - | - | - | - | - | - | - | - | - | - | - | 515,128 |
| Intercompany Payables | - | 7,637 | 84,891 | 35 | 1,903 | - | - | - | - | - | - | - | - | - | - | - | - | - | 94,466 |
| Deferred Income Taxes | (2) | 12,496 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,495 |
| Leased Towers | - | - | - | - | - | 928 | - | 3,044 | - | - | - | - | - | - | - | - | 2,243 | - | 6,215 |
| Other Liabilities | - | 76 | - | - | - | 138 | - | 88 | - | 504 | - | 756 | - | - | 112 | - | 381 | - | 2,055 |
| **Total Liabilities Subject to Compromise** | (2) | 550,359 | 91,734 | 27,989 | 2,067 | 2,354 | - | 3,776 | - | 725 | - | 2,242 | - | - | 252 | - | 3,223 | - | 684,719 |
| | | | | | | | | | | | | | | | | | | | |
| **Total Liabilities** | (2) | 550,359 | 91,734 | 27,989 | 2,067 | 2,354 | - | 3,776 | - | 725 | - | 2,242 | - | - | 252 | - | 3,223 | - | 684,719 |
| | | | | | | | | | | | | | | | | | | | |
| **Stockholders' Equity:** | | | | | | | | | | | | | | | | | | | |
| Stockholders' Equity | 267,019 | 100,214 | 159,703 | 5 | (3,586) | (114,754) | 50,379 | (17,775) | 18,852 | 20,627 | 6,793 | (75,907) | - | 44,347 | 5,168 | 8,451 | 36,289 | 19,676 | 525,502 |
| Retained Deficit | (267,018) | (531,056) | (244,082) | (1,139) | 4,496 | 117,413 | - | 20,975 | - | (20,475) | - | 121,008 | - | - | (6,128) | - | (30,992) | - | (836,996) |
| Current Period Earnings (Loss) | - | (48,017) | 284 | (2,519) | 116 | 1,221 | - | 2,033 | - | 2,058 | - | 1,308 | - | - | 1,832 | - | 1,748 | - | (39,935) |
| **Total Stockholders' Equity** | 2 | (478,859) | (84,095) | (3,653) | 1,027 | 3,880 | 50,379 | 5,233 | 18,852 | 2,211 | 6,793 | 46,409 | - | 44,347 | 873 | 8,451 | 7,045 | 19,676 | (351,430) |
| **Total Liabilities and Stockholders' Equity** | $ 0 | $ 71,500 | $ 7,638 | $ 24,337 | $ 3,093 | $ 6,234 | $ 50,379 | $ 9,009 | $ 18,852 | $ 2,936 | $ 6,793 | $ 48,651 | $ - | $ 44,347 | $ 1,124 | $ 8,451 | $ 10,269 | $ 19,676 | 333,289 |

In re: LBI Media, Inc., et. al.
$ Figures in Thousands

Form No.: MOR-3
Case No.: 18-12655
Reporting Period: 11/21/18 - 12/31/18

### Debtor Balance Sheet as of 12/31/2018 (Unaudited)

| | Liberman Broadcasting, Inc. 18-12654 | LBI Media, Inc. 18-12655 | LBI Media Holdings, Inc. 18-12656 | LBI Media Intermediate Holdings, Inc. 18-12657 | Empire Burbank Studios LLC 18-12658 | Liberman Broadcasting of California LLC 18-12659 | LBI Radio License LLC 18-12660 | Liberman Broadcasting of Houston LLC 18-12661 | Liberman Broadcasting of Houston License LLC 18-12662 | Liberman Television of Houston LLC 18-12663 | KZJL License LLC 18-12664 | Liberman Television LLC 18-12665 | KRCA Television LLC 18-12666 | KRCA License LLC 18-12667 | Liberman Television of Dallas LLC 18-12668 | Liberman Television of Dallas License LLC 18-12669 | Liberman Broadcasting of Dallas LLC 18-12670 | Liberman Broadcasting of Dallas License LLC 18-12671 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | $ - | $ 12,183 | $ 810 | $ - | $ - | $ - | $ - | $ 5 | $ - | $ 1,449 | $ - | $ 135 | $ - | $ - | $ 42 | $ - | $ - | $ - | 13,175 |
| Accounts Receivable, Net | - | 56 | - | - | - | 4,026 | - | 2,251 | - | 1,449 | - | 17,474 | - | - | 1,807 | - | 1,805 | - | 28,869 |
| Amounts Due from Related Parties | - | 254 | - | - | - | - | - | - | - | - | - | 331 | - | - | - | - | - | - | 585 |
| Employee Advances, Current | - | 66 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 66 |
| Program Rights, Current | - | - | - | - | - | - | - | - | - | - | - | 772 | - | - | - | - | - | - | 772 |
| Prepaids and Other Current Assets | - | 3,165 | - | - | - | 67 | - | 77 | - | 400 | - | 1,112 | - | - | 13 | - | 4 | - | 4,838 |
| **Total Current Assets** | - | 15,725 | 810 | - | - | 4,093 | - | 2,333 | - | 1,849 | - | 19,823 | - | - | 1,862 | - | 1,809 | - | 48,305 |
| Program Rights, Net of Current | - | - | - | - | - | - | - | - | - | - | - | 1,073 | - | - | - | - | - | - | 1,073 |
| Capitalized Production Costs, Net | - | - | - | - | - | - | - | - | - | - | - | 14,585 | - | - | - | - | - | - | 14,585 |
| Property and Equipment, Net | - | 178 | - | - | 3,058 | 1,779 | - | 6,854 | - | 1,119 | - | 10,578 | - | - | (31) | - | 8,673 | - | 32,208 |
| Broadcast Licenses, Net | - | - | - | - | - | - | 48,787 | - | 17,892 | - | 6,681 | - | - | 41,162 | - | 7,762 | - | 19,577 | 141,860 |
| Intercompany Receivables | - | 63,302 | 6,828 | 24,337 | - | - | - | - | - | 0 | - | 3,233 | - | - | - | - | - | - | 94,466 |
| Other assets | - | 1,624 | - | - | - | 14 | - | 190 | - | - | - | 3,233 | - | - | - | - | 3 | - | 5,063 |
| **Total Assets** | - | 80,828 | 7,638 | 24,337 | 3,058 | 5,886 | 48,787 | 9,377 | 17,892 | 2,969 | 6,681 | 49,291 | - | 41,162 | 1,831 | 7,762 | 10,485 | 19,577 | 337,561 |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | | | | | | | | |
| **Liabilities not Subject to Compromise** | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | - | 1,649 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,649 |
| Accrued Expenses | - | 4,275 | - | - | - | 746 | - | 359 | - | 110 | - | 1,140 | - | - | 122 | - | 267 | - | 7,018 |
| Accrued Interest | - | 4 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4 |
| Current Portion of Capital Lease Obligation | - | 12 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12 |
| Current Portion of Debt | - | 9,178 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,178 |
| **Total Current Liabilities** | - | 15,117 | - | - | - | 746 | - | 359 | - | 110 | - | 1,140 | - | - | 122 | - | 267 | - | 17,861 |
| Leased Towers | - | - | - | - | - | 2 | - | 2 | - | - | - | - | - | - | - | - | 16 | - | 21 |
| Other Liabilities | - | (0) | - | - | - | 4 | - | - | - | (4) | - | 6 | - | - | (10) | - | 0 | - | (4) |
| **Total Liabilities not Subject to Compromise** | - | 15,117 | - | - | - | 753 | - | 361 | - | 106 | - | 1,146 | - | - | 111 | - | 283 | - | 17,877 |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | - | 7,453 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,453 |
| Accrued Expenses | - | 1,040 | - | - | - | 818 | - | 448 | - | 130 | - | 1,097 | - | - | 118 | - | 339 | - | 3,988 |
| Accrued Interest | - | 28,758 | 1,277 | 3,218 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | 33,254 |
| Current Portion of Capital Lease Obligation | - | 282 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 282 |
| Current Portion of Debt | - | - | 5,565 | - | 147 | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,712 |
| **Total Current Liabilities** | - | 37,533 | 6,842 | 3,218 | 148 | 818 | - | 448 | - | 130 | - | 1,097 | - | - | 118 | - | 339 | - | 50,690 |
| Long-Term Debt, Excluding Current Portion | - | 490,438 | - | 24,737 | (4) | - | - | - | - | - | - | - | - | - | - | - | - | - | 515,171 |
| Intercompany Payables | - | 7,637 | 84,891 | 35 | 1,903 | - | - | - | - | - | - | - | - | - | - | - | - | - | 94,466 |
| Deferred Income Taxes | (2) | 12,496 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,495 |
| Leased Towers | - | - | - | - | - | 913 | - | 3,024 | - | - | - | - | - | - | - | - | 2,232 | - | 6,169 |
| Other Liabilities | - | 84 | - | - | - | 62 | - | - | - | 492 | - | 590 | - | - | 98 | - | 296 | - | 1,622 |
| **Total Liabilities Subject to Compromise** | (2) | 548,188 | 91,734 | 27,989 | 2,047 | 1,793 | - | 3,472 | - | 622 | - | 1,686 | - | - | 216 | - | 2,866 | - | 680,611 |
| **Total Liabilities** | (2) | 563,306 | 91,734 | 27,989 | 2,047 | 2,546 | - | 3,833 | - | 728 | - | 2,832 | - | - | 327 | - | 3,149 | - | 698,489 |
| **Stockholders' Equity:** | | | | | | | | | | | | | | | | | | | |
| Stockholders' Equity | 267,019 | 97,085 | 159,703 | 5 | (3,617) | (112,953) | 48,787 | (16,752) | 17,892 | 20,386 | 6,681 | (70,008) | - | 41,162 | 6,361 | 7,762 | 36,410 | 19,577 | 525,501 |
| Retained Deficit | (267,018) | (531,056) | (244,082) | (1,139) | 4,496 | 117,413 | - | 20,975 | - | (20,475) | - | 121,008 | - | - | (6,128) | - | (30,992) | - | (836,996) |
| Current Period Earnings (Loss) | - | (48,507) | 284 | (2,519) | 131 | (1,120) | - | 1,321 | - | 2,330 | - | (4,541) | - | - | 1,271 | - | 1,918 | - | (49,433) |
| **Total Stockholders' Equity** | 2 | (482,478) | (84,095) | (3,653) | 1,011 | 3,341 | 48,787 | 5,544 | 17,892 | 2,241 | 6,681 | 46,459 | - | 41,162 | 1,504 | 7,762 | 7,336 | 19,577 | (360,928) |
| **Total Liabilities and Stockholders' Equity** | $ (0) | $ 80,828 | $ 7,638 | $ 24,337 | $ 3,058 | $ 5,886 | $ 48,787 | $ 9,377 | $ 17,892 | $ 2,969 | $ 6,681 | $ 49,291 | $ - | $ 41,162 | $ 1,831 | $ 7,762 | $ 10,485 | $ 19,577 | 337,561 |

| | | |
|---|---|---|
| In re: LBI Media, Inc., et. al. | Form No.: | MOR-4 |
| | Case No.: | 18-12655 |
| | Reporting Period: | 11/21/18 - 12/31/18 |

## Status of Post-Petition Taxes of the Debtors

The Debtors have paid and are paying prepetition taxes in accordance with the Final Order Authorizing Debtors to Pay Certain Prepetition Taxes and Fees, which was entered on December 12, 2018 [Docket No. 177]. The Debtors have paid and are paying all undisputed postpetition taxes as they come due.

*/s/ Brian Kei*                                                                                     *1/30/2019*
Signature of Authorized Individual                                              Date


Brian Kei                                                                                          Chief Financial Officer
Printed Name of Authorized Individual                                      Title of Authorized Individual

| | | |
|---|---|---|
| **In re: LBI Media, Inc., et. al.** | **Form No:** | **MOR-4a** |
| **$ Figures in Thousands** | **Case No.:** | **18-12655** |
| | **Reporting Period:** | **11/21/18 - 12/31/18** |

### Accounts Payable (Post-Petition) Balance as of 12/31/18 (Unaudited)

| A/P Aging | Current | 1-30 Days | 31-60 Days | Over 60 Days | Total |
|---|---|---|---|---|---|
| Accounts Payable Balance | $ 1,019 | $ 630 | $ - | $ - | $ 1,649 |

| | | |
|---|---|---|
| **In re: LBI Media, Inc., et. al.** | **Form No.:** | MOR-5 |
| **$ Figures in Thousands** | **Case No.:** | 18-12655 |
| | **Reporting Period:** | 11/21/18 - 12/31/18 |

### Accounts Receivable Balance as of 12/31/18 (Unaudited)

| A/R Aging | Current-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|
| Accounts Receivable, Net | $ 10,035 | $ 6,989 | $ 5,824 | $ 10,662 | $ 33,510 |
| | | | Other Accrued AR | | 175 |
| | | | (-) Allowance for Doubtful Accounts | | (4,817) |
| | | | **Total Net Accounts Receivable** | $ | **28,869** |

| | | |
|---|---|---|
| | **Accounts Receivable Reconcilition** | |
| | Beginning A/R Balance, Net | 26,947 |
| | (-) Total Cash Receipts During the Period | (12,912) |
| | (+) Non-A/R Related Cash Reciepts | 1,089 |
| | (+) Net Sales During the Period | 13,745 |
| | **Ending A/R Balance, Net** | $ **28,869** |

| | | Form No.: | MOR-5a |
|---|---|---|---|
| **In re: LBI Media, Inc., et. al.** | | Case No.: | 18-12655 |
| | | Reporting Period: | 11/21/18 - 12/31/18 |

| **Debtor Questionnaire** | | |
|---|---|---|
| | Yes | No |
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers' compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |