UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                    :
                                          :        Chapter 11
                                          :
LBI MEDIA, INC., et al.,                  :        Case No. 18-12655 (CSS)
                                          :
        Debtors.¹                         :        (Jointly Administered)
                                          :
                                          :
------------------------------------------------------- x
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MARCH 25, 2019 AT 9:30 A.M. (ET) [2]

## I.    RESOLVED MATTERS:

1.    Debtors' Motion for an Order (I) Extending the Deadline by Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief [Docket No. 500 - filed February 19, 2019]

Objection / Response Deadline:        March 5, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    Certificate of No Objection Regarding Debtors' Motion for an Order (I) Extending the Deadline by Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief [Docket No. 609 – filed March 6, 2019]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537).  The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

[2]  The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the March 25, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.  All motions and other pleadings referenced herein are available online free of charge at the following address: https://dm.epiq11.com/LBIMedia.

ii.     Order (I) Extending the Deadline by Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief [Docket No. 615 – entered March 7, 2019]

Status:   On March 7, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2.     Debtors' Motion for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 551 – filed February 27, 2019]

Objection / Response Deadline:          March 13, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:      None.

Related Documents:

i.     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 669 – filed March 14, 2019]

ii.     Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief [Docket No. 674 – entered March 15, 2019]

Status:   On March 15, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.     CONTESTED MATTER:

3.     Motion of the Plaintiff Group of Noteholders for Entry of an Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the LBI Media Estate and Exclusive Settlement Authority in Respect of Such Claims [Docket No. 334 – filed January 15, 2019]

Objection / Response Deadline:          March 14, 2019 at 4:00 p.m. (ET)

Objection / Responses Received:

A.     Defendant Neal Goldman's (I) Objection to Motion of the Plaintiff Group of Noteholders for Entry of an Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the LBI Media Estate and Exclusive Settlement Authority in Respect of Such Claims and (II) Joinder in Objections Filed by the Debtors and Directors [Docket No. 658 – filed March 14, 2019]

2

B.    Debtors' Objection to Motion of the Plaintiff Group of Noteholders for Entry of an Order Granting Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the LBI Media Estate and Exclusive Settlement Authority in Respect of Such Claims [Docket No. 662 – filed March 14, 2019]

C.    Objection of the Official Committee of Unsecured Creditors to Motion of the Plaintiff Group of Noteholders for Entry of an Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the LBI Media Estate and Exclusive Settlement Authority in Respect of Such Claims [Docket No. 663 – filed March 14, 2019]

D.    Director's (I) Objection to Motion of the Plaintiff Group of Noteholders for Entry of an Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the LBI Media Estate and Exclusive Settlement Authority in Respect of Such Claims and (II) Joinder in Objection Filed by the Debtors [Docket No. 664 – filed March 14, 2019]

E.    Objection of HPS Investment Partners, LLC and Joinder to the Debtors' Objection to Motion of the Plaintiff Group of Noteholders for Entry of an Order Granting Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the LBI Media Estate and Exclusive Settlement Authority in Respect of Such Claims [Docket No. 666 – filed March 14, 2019]

Related Documents:

i.    Order [Docket No. 342 – filed January 16, 2019]

ii.    Memorandum of Law Plaintiff Group of Noteholders Reply Memorandum in Further Support of Its Motion for Entry of an Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the LBI Media Estate and Exclusive Settlement Authority in Respect of Such Claims (FILED UNDER SEAL) [Docket No. 703 – filed March 21, 2019]

Status:  In accordance with the Court's ruling at the hearing on January 16, 2019, the hearing on this matter will go forward.

## III.   CONFIRMATION:

4.    Modified Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 621 - filed March 8, 2019]

Confirmation Objection / Response Deadline:   March 14, 2019 at 4:00 p.m. (ET)

Cure Objection / Response Deadline:         March 14, 2019 at 4:00 p.m. (ET)

Confirmation Objections / Responses Received:

A.      Limited Objection and Reservation of Rights of SESAC LLC and Affiliates Regarding Debtors' (I) Cure Schedule and (II) Confirmation of Plan [Docket No. 611 – filed March 7, 2019]

Status:  The hearing regarding this objection will go forward.

B.      Objection of Credit Suisse, AG Cayman Islands Branch, in Its Capacity as Former Collateral Trustee for Holders for First Priority Lien Obligations to Second Amended Joint Chapter 11 Plan of Reorganization [Docket No. 653 – filed March 14, 2019]

Status:  The hearing regarding this objection will go forward.

C.      Objection, Joinder and Reservation of Rights of U.S. Bank National Association as Second Lien Indenture Trustee, to Confirmation of Modified Second Amended Joint Chapter 11 Plan of Reorganization for LBI Media Holdings, Inc. and its Affiliated Debtors [Docket No. 655 – filed March 14, 2019]

Status:  The hearing regarding this objection will go forward.

D.      United States Trustee's Objection to Confirmation of Modified Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc., and Its Affiliated Debtors [Docket No. 656 – filed March 14, 2019]

Status:  The hearing regarding this objection will go forward.

E.      Objection by the United States to: (I) The Debtors' Second Amended Joint Chapter 11 Plan of Reorganization; and (2) the Assumption of Federal Leases [Docket No. 657 – filed March 14, 2019]

Status:  The hearing regarding this objection will go forward.

F.      Separate Objection of U.S. Bank National Association, as Indenture Trustee for the HoldCo Unsecured Notes, to Confirmation of Debtors' Modified Second Amended Joint Chapter 11 Plan of Reorganization for LBI Media Holdings, Inc.[Docket No. 660 – filed March 14, 2019]

Status:  The hearing regarding this objection will go forward.

G.      The Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan (FILED UNDER SEAL) [Docket No. 661 – filed March 14, 2016]

    i.      Declaration of Jaime D. Sneider in Support of The Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified

4

Second Amended Joint Chapter 11 Plan (FILED UNDER SEAL) [Docket No. 668 – filed March 14, 2019]

ii.     Declaration of Jaime D. Sneider in Support of The Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan (REDACTED) [Docket No. 688 – filed March 18, 2019]

iii.    The Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan (REDACTED) [Docket No. 690 – filed March 18, 2016]

iv.     HPS Motion, Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for an Order to Maintain Under Seal Certain Confidential Information Disclosed in and Attached as Exhibits to the Declaration in Support of the Junior Noteholder Group's Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan [Docket No. 692 – filed March 19, 2016]

v.      Debtors' Motion to Maintain Under Seal Certain Portions of (A) The Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan and (B) Declaration of Jaime D. Sneider in Support of The Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan [Docket No. 695 – filed March 19, 2016]

Status:  The hearing regarding this objection will go forward.

H.      Objection of Ford Motor Credit Company LLC to Debtor's Second Amended Joint Chapter 11 Plan of Reorganization [Docket No. 665 – filed March 14, 2019]

Status:  The hearing regarding this objection will go forward.

Cure Objections / Responses Received:

A.      Limited Objection and Reservation of Rights of Broadcast Music, Inc. Relating to the Debtors Notice Regarding (I) Executory Contracts and Unexpired Leases, (II) Proposed Cure Obligations, and (III) Related Procedures [Docket No. 648 – filed March 13, 2019]

Status:  The hearing regarding this objection will go forward.

B.      Objection of CenturyLink Communications, LLC and Level 3 Communications, LLC to Proposed Cure Amount [Docket No. 651 – filed March 13, 2019]

5

Status:  The hearing regarding this objection will go forward.

C.    Limited Objection of Verizon Business Global LLC on Behalf of Its Affiliates an Subsidiaries to Notice Regarding (I) Executory Contracts and Unexpired Leases, (II) Proposed Cure Obligations, and (III) Related Procedures [Docket No. 694 – filed March 19, 2019]

Status:  The hearing regarding this objection will go forward.

Related Documents:

i.    Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (II) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan, and (V) Granting Related Relief [Docket No. 360 – entered January 22, 2019]

ii.    Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 416 - filed February 2, 2019]

iii.    Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 417 - filed February 2, 2019]

iv.    Notice of Filing of Blacklines of Solicitation Plan and Disclosure Statement [Docket No. 418 – filed February 2, 2019]

v.    Stipulated Protective Order [Docket No. 468 – entered February 8, 2019]

vi.    Notice of Election [Docket No. 488 – filed February 15, 2019]

vii.    Notice of Filing of Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 501 – filed February 19, 2019]

viii.    Notice of Filing of Supplement to Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 542 – filed February 22, 2019]

ix.    Notice Regarding (I) Executory Contracts and Unexpired Leases, (II) Proposed Cure Obligations, and (III) Related Procedures [Docket No. 592 – filed March 4, 2019]

x.    Notice of Modification of Certain Deadlines Related to Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. 605 – filed March 5, 2019]

xi.    Notice of Filing of Blackline of Modified Plan [Docket No. 622 – filed March 8, 2019]

xii.   Affidavit of Andrew Introne of *The Wall Street Journal* re: Publication of Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objection to the Confirmation of the Proposed Plan, (V) Procedures and Deadline for Voting on Proposed Plan [Docket No. 631 – filed March 11, 2019]

xiii.  Proof of Publication of the *Los Angeles Times* re: Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objection to the Confirmation of the Proposed Plan, (V) Procedures and Deadline for Voting on Proposed Plan [Docket No. 632 – filed March 11, 2019]

xiv.   Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors [Docket No. 633 – filed March 11, 2019]

xv.    Official Committee of Unsecured Creditors' Statement in Support of Confirmation of Debtors Modified Second Amended Joint Chapter 11 Plan of Reorganization and Omnibus Response to Objections to Plan Confirmation (FILED UNDER SEAL) [Docket No. 704 – filed March 21

xvi.   Reply to the Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan [Docket No. 705 – filed March 21, 2019]

xvii.  Declaration of Jacqueline P. Rubin in Support of the Reply of HPS Investment Partners, LLC to the Second Lien Noteholders' Objection to Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan [Docket No. 706 – filed March 21, 2019]

xviii. Debtors' Memorandum of Law in Support of Confirmation of Modified Second Amended Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and its Affiliated Debtors [Docket No. 708 - filed March 21, 2019]

xix.   Motion of Debtors for Entry of an Order Authorizing Debtors to Exceed Page Limit with Respect to the Debtors' Confirmation Brief [Docket No. 709 - filed March 21, 2019]

Status:  The hearing on this matter will go forward.

7

Dated:  March 21, 2019
        Wilmington, Delaware

/s/ Megan E. Kenney
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Megan E. Kenney (No. 6426)
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Garrett A. Fail
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors and Debtors in
Possession

8