**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| LBI MEDIA, INC., | : | Case No. 18-12655 (CSS) |
| Debtor. | : | Re: Docket No. 1173 |
| Fed. Tax Id. No. 95-4668901 | : | |

---

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| LIBERMAN BROADCASTING, INC., | : | Case No. 18-12654 (CSS) |
| Debtor. | : | |
| Fed. Tax Id. No. 20-0688078 | : | |

---

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| LBI MEDIA HOLDINGS, INC., | : | Case No. 18-12656 (CSS) |
| Debtor. | : | |
| Fed. Tax Id. No. 05-0584918 | : | |

---

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| LBI MEDIA INTERMEDIATE HOLDINGS, INC., | : | Case No. 18-12657 (CSS) |
| Debtor. | : | |
| Fed. Tax Id. No. 82-1329635 | : | |

---

| | | |
|---|---|---|
| *In re*: | : | **Chapter 11** |
| **EMPIRE BURBANK STUDIOS LLC,** | : | **Case No. 18-12658 (CSS)** |
| Debtor. | : | |
| Fed. Tax Id. No. 33-0834443 | : | |
| *In re*: | : | **Chapter 11** |
| **LIBERMAN BROADCASTING OF CALIFORNIA, LLC,** | : | **Case No. 18-12659 (CSS)** |
| Debtor. | : | |
| Fed. Tax Id. No. 95-4131156 | : | |
| *In re*: | : | **Chapter 11** |
| **LBI RADIO LICENSE LLC,** | : | **Case No. 18-12660 (CSS)** |
| Debtor. | : | |
| Fed. Tax Id. No. 95-4668905 | : | |
| *In re*: | : | **Chapter 11** |
| **LIBERMAN BROADCASTING OF HOUSTON LLC,** | : | **Case No. 18-12661 (CSS)** |
| Debtor. | : | |
| Fed. Tax Id. No. 27-1484464 | : | |

```
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LIBERMAN BROADCASTING OF                                       :   Case No. 18-12662 (CSS)
HOUSTON LICENSE LLC,                                           :
                                                               :
            Debtor.                                            :
                                                               :
Fed. Tax Id. No. 20-8696277                                    :
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LIBERMAN TELEVISION OF                                         :   Case No. 18-12663 (CSS)
HOUSTON LLC,                                                   :
                                                               :
            Debtor.                                            :
                                                               :
Fed. Tax Id. No. 20-8692887                                    :
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
KZJL LICENSE LLC,                                              :   Case No. 18-12664 (CSS)
                                                               :
            Debtor.                                            :
                                                               :
Fed. Tax Id. No. 20-8692880                                    :
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LIBERMAN TELEVISION LLC,                                       :   Case No. 18-12665 (CSS)
                                                               :
            Debtor.                                            :
                                                               :
Fed. Tax Id. No. 95-4668919                                    :
---------------------------------------------------------------x
```

RLF1 22738923V.1

```
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
KRCA TELEVISION LLC,                                         :    Case No. 18-12666 (CSS)
                                                             :
        Debtor.                                              :
                                                             :
Fed. Tax Id. No. 27-1484579                                  :
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
KRCA LICENSE LLC                                             :    Case No. 18-12667 (CSS)
                                                             :
        Debtor.                                              :
                                                             :
Fed. Tax Id. No. 95-4668917                                  :
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
LIBERMAN TELEVISION OF DALLAS LLC                            :    Case No. 18-12668 (CSS)
                                                             :
        Debtor.                                              :
                                                             :
Fed. Tax Id. No. 20-8696163                                  :
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
LIBERMAN TELEVISION OF                                       :    Case No. 18-12669 (CSS)
DALLAS LICENSE LLC                                           :
                                                             :
        Debtor.                                              :
                                                             :
Fed. Tax Id. No. 20-0101566                                  :
-------------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
LIBERMAN BROADCASTING OF                                   :    Case No. 18-12670 (CSS)
DALLAS LLC,                                                :
                                                           :
         Debtor.                                           :
                                                           :
Fed. Tax Id. No. 20-8696468                                :
-----------------------------------------------------------x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
LIBERMAN BROADCASTING OF                                   :
DALLAS LICENSE LLC                                         :    Case No. 18-12671 (CSS)
                                                           :
         Debtor.                                           :
                                                           :
Fed. Tax Id. No. 20-8696537                                :
-----------------------------------------------------------x
```

**FINAL DECREE (I) CLOSING THE
SUBSIDIARY CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[1] of the above-captioned reorganized debtors for entry of an order, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rules 2002-1(f) and 3022-1, for entry of a final decree (i) closing the Subsidiary Cases and (ii) granting related relief, all as more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

RLF1 22738923V.1

having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates, creditors, and all parties in interests; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as provided herein.

2. The chapter 11 cases of the following Reorganized Debtors (collectively, the "**Subsidiary Debtors**") are hereby **CLOSED**: LBI Media, Inc. (Case No. 18-12655 (CSS)); LBI Media Holdings, Inc. (Case No. 18-12656 (CSS)); LBI Media Intermediate Holdings, Inc. (Case No. 18-12657 (CSS)); Empire Burbank Studios LLC (Case No. 18-12658 (CSS)); Liberman Broadcasting of California LLC (Case No. 18-12659 (CSS)); LBI Radio License LLC (Case No. 18-12660 (CSS)); Liberman Broadcasting of Houston LLC (Case No. 18-12661 (CSS)); Liberman Broadcasting of Houston License LLC (Case No. 18-12662 (CSS)); Liberman Television of Houston LLC (Case No. 18-12663 (CSS)); KZJL License LLC (Case No. 18-12664 (CSS)); Liberman Television LLC (Case No. 18-12665 (CSS)); KRCA Television LLC (Case No. 18-12666 (CSS)); KRCA License LLC (Case No. 18-12667 (CSS)); Liberman Television of Dallas LLC (Case No. 18-12668 (CSS)); Liberman Television of Dallas License LLC (Case No. 18-12669 (CSS)); Liberman Broadcasting of Dallas LLC (Case No. 18-12670 (CSS)); and Liberman Broadcasting of Dallas License LLC (Case No. 18-12671 (CSS)).

3. The case of Liberman Broadcasting, Inc. (Case No. 18-12654 (CSS)), shall remain open pending further order of this Court and, from and after the date of entry of this order and final decree, all motions, notices and other pleadings relating to any of the Debtors or the Reorganized Debtors shall be filed in such case.

4. The Clerk of this Court shall enter this order and final decree individually on each of the dockets of the above-captioned chapter 11 cases and each of the dockets of the Subsidiary Cases shall be marked as "Closed."

5. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order and final decree in accordance with the Motion.

6. Entry of this order and final decree (a) is without prejudice to the rights of the Reorganized Debtors or any other party with requisite standing to (i) commence, prosecute and/or resolve any claim or Cause of Action, or (ii) object to claims filed against any Debtor or Reorganized Debtor; (b) is without prejudice to the rights of the Reorganized Debtors or any party in interest to reopen the Subsidiary Cases for cause; and (c) shall have no effect whatsoever on any contested or other matters pending before this Court.

7. The Reorganized Debtors shall (i) on or prior to January 31, 2020, file a post-confirmation quarterly report for the fourth calendar quarter of 2019 for all Reorganized Debtors and pay any Section 1930 Fees that are due and owing for such time period and (ii) on or prior to thirty (30) days after the date of entry of this Order and final decree, file a post-confirmation quarterly report for the Subsidiary Debtors for the stub period in calendar year 2020 during which the Subsidiary Cases remained open and pay any Section 1930 Fees that are due and owing for such time period. The Office of the United States Trustee reserves the right to move to

reopen the Subsidiary Cases in the event that such reports are not filed and such fees are not paid on a timely basis.

8. Following entry of this order and final decree, the caption for Case No. 18–12654 (CSS) shall read as follows:

```
------------------------------------------------------- x
In re:                                                  :
                                                        :    Chapter 11
                                                        :
LIBERMAN BROADCASTING, INC., et al.,                    :    Case No. 18–12654 (CSS)
                                                        :
         Reorganized Debtor.                            :
                                                        :
------------------------------------------------------- x
```

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078) ("LBI"); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (4464); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). On January __, 2020, the Court entered a final decree closing each of the chapter 11 cases other than LBI's chapter 11 case. Commencing on January __, 2020, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in LBI's chapter 11 case. The Reorganized Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504. In November 2019, LBI Media, Inc. changed its corporate name to Estrella Media, Inc., and each of the Reorganized Debtors made similar amendments to their corporate name. A full list of the new corporate names for each Reorganized Debtor is available upon request.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: January 15th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

9

RLF1 22738923V.1